FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2020 SEP 24  PM 2:03

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:20-cr-292-T-33-CPT

18 U.S.C. § 2422(b)
18 U.S.C. § 2423(b)
18 U.S.C. § 2423(a), (e)

JORDAN JYSAE PULIDO
ROBERTO SANTANA JIMENEZ

SEALED

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Enticement and Coercion of a Minor)

Beginning on an unknown date, but at least in or around September 2017, and continuing through and including on or about August 12, 2018, in the Middle District of Florida, and elsewhere, the defendants,

JORDAN JYSAE PULIDO,

using a facility and means of interstate commerce, that is, the Internet via a computer and cellphone, did knowingly persuade, induce, entice, and coerce Victim 1, who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense under the laws of the State of Florida, that is, the crime of lewd or lascivious battery upon a person less than 16 years of age, in violation of Fla. Stat. §§ 800.04(4)(a) and (4)(b).

In violation of 18 U.S.C. §§ 2422(b).

## COUNT TWO
### (Travel with Intent to Engage in Illicit Sexual Conduct)

On or about June 14, 2018, and June 15, 2018, in the Middle District of Florida, and elsewhere, the defendant,

JORDAN JYSAE PULIDO,

a United States citizen, knowingly traveled in foreign commerce, from the Middle District of Florida to Croatia, for the purpose of engaging in illicit sexual conduct with Victim 1.

In violation of 18 U.S.C. § 2423(b).

## COUNT THREE
### (Conspiracy to Transport Minor with Intent to Engage in Sexual Activity)

Beginning on an unknown date, but at least in or around July 2018, and continuing through and including on or about July 23, 2018, in the Middle District of Florida, and elsewhere, the defendants,

JORDAN JYSAE PULIDO, and
ROBERTO SANTANA JIMENEZ

did knowingly combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to knowingly transport Victim 1, an individual who had not attained the age of 18 years, in interstate commerce and foreign commerce from the country of Croatia to the state of Florida, with intent that Victim 1 engage in any sexual activity for which any

2

person could be charged with a criminal offense.

In violation of 18 U.S.C. §§ 2423(a) and (e).

## COUNT FOUR
### (Transportation of a Minor with Intent to Engage in Sexual Activity)

On or about July 23, 2018, in the Middle District of Florida, and elsewhere, the defendant,

JORDAN JYSAE PULIDO,

did knowingly transport Victim 1, an individual who had not attained the age of 18 years, in interstate commerce and foreign commerce from the country of Croatia to the state of Florida, with intent that Victim 1 engage in any sexual activity for which any person could be charged with a criminal offense.

In violation of 18 U.S.C. § 2423(a).

## FORFEITURE

1. The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2428.

2. Upon conviction of a violation of 18 U.S.C. §§ 2422(b), 2423(a), 2423(b), 2423(c), and 2423(e) the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428:

   a. any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

    b. any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

3. The property to be forfeited includes, but is not limited to, the following: a iPhone 7+ (S/N F2LSFE18HG00), model A1661, and a MacBook Pro laptop computer (S/N C02T56W5GTFM), model A1707.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Lisa M. Thelwell
Assistant United States Attorney

By: _____
Carlton C. Gammons
Assistant United States Attorney
Acting Chief, Special Victims Section

FORM OBD-34
September 20

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JORDAN JYSAE PULIDO and
ROBERTO SANTANA JIMENEZ

## INDICTMENT

Violations:   18 U.S.C. § 2422(b)
18 U.S.C. § 2423(b)
18 U.S.C. § 2423(a), (e)

A true bill,

_____
Foreperson

Filed in open court this 24th day

of September 2020.

_____
Clerk

Bail $_____

GPO 863 525