UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:20-cr-292-VMC-CPT

JORDAN JYSAE PULIDO

## STIPULATED FACTS

IT IS HEREBY AGREED BY AND BETWEEN the United States and the defendant, Jordan Jysae Pulido, by and through his attorney, Samuel Landes, that the following statements are true and that no evidence need be presented by the United States at the evidentiary hearing scheduled on the defendant's motion to suppress or in any further proceedings regarding the same:

On September 24, 2020, a federal grand jury charged Jordan Jysae Pulido in a five-count, indictment. Doc. 1. The Indictment charged Pulido with enticement and coercion of a minor, traveling with intent to engage in illicit sexual conduct, conspiracy to transport a minor with the intent to engage in illicit sexual conduct, and transporting a minor with intent to engage in sexual activity. *See id.* According to the indictment, on an unknown date, but at least as early as in or around September 2017, and continuing through on or about August 12, 2018, Pulido enticed then 14-year-old Victim 1 to engage in a sexual relationship with Pulido.

Victim 1 gave several interviews with law enforcement officers, including Florida detectives, Homeland Security Investigations Special Agent Tavey Garcia,

and a government forensic interviewer. Agent Garcia was present for, or reviewed a record of, each of Victim 1's law enforcement interviews. Victim 1 told police that Pulido met Victim 1 online and the two engaged in an online romantic relationship. Victim 1 explained that, at the time, Pulido was 23 years old. Victim 1 said that in June of 2018, Pulido traveled from Trinity, Florida, to Victim 1's home in Croatia, where he stayed with her family. Victim 1 said that, while in Croatia, Pulido proposed to Victim 1, gave her an engagement ring, and engaged in sexual intercourse with Victim 1. After staying with Victim 1 and her family for about six weeks, Victim 1 said that Pulido and his father, co-defendant Roberto Santana Jimenez, arranged and paid for Victim 1 and members of her family to travel to his family home in Trinity, Florida. Victim 1 said that, while in Florida, Pulido again engaged in sexual intercourse with Victim 1.

Victim 1 told police that, on or about August 6, 2018, the morning that Victim 1 was to travel back to Croatia with her family, Pulido and Victim 1 left his residence to avoid her flight back. Victim 1's mother told law enforcement officers that Jimenez told her that there could be immigration consequences if she called law enforcement and eventually persuaded Victim 1's family to travel back to Croatia without Victim 1. Victim 1 and Victim 1's mother said that, shortly after Victim 1's family returned to Croatia, Victim 1 sent a distress text message to her mother indicating the Pulido/Jimenez family was holding her against her will and she wanted to come home. Victim 1's mother alerted Croatian authorities, who then contacted Interpol and then the Florida Department of Law Enforcement (FDLE). On or about August

2

12, 2018, FDLE visited the Pulido residence and recovered Victim 1 from the residence.

Victim 1 stated that, throughout the course of the relationship, Pulido communicated with Victim 1 on a variety of social media platforms—YouNow, WhatsApp, Facebook, Skype, Instagram, and Snapchat—and email. Victim 1 stated that although they had used multiple methods of communication, they primarily communicated on WhatsApp, which is a mobile-based messaging application. Agents obtained a significant amount of communications between Pulido and Victim 1 from Victim 1's Facebook messenger account that corroborate many of Victim 1's statements to law enforcement officers.

On August 13, 2018, the day after Victim 1 was removed from Pulido's home, Pulido traveled to Mexico. Pulido stayed with his parents' extended family in Mexico for approximately one month. On or about August 28, 2018, one of Pulido's family members sent Pulido a Facebook message stating, "the coast is clear…so get yo ass back asap."

Agent Garcia received an alert that Pulido was scheduled to return to the United States from Mexico on September 10, 2018, on an American Airlines flight through Miami International Airport. Agent Garcia advised Customs and Border Protection ("CBP") that she was conducting an investigation into Pulido for child exploitation related offenses. Agent Garcia requested that CBP inspect Pulido, detail all of his electronic devices and send the devices to HSI Tampa to conduct the border search on the devices. Agent Garcia further requested that CBP secure all passwords for the

devices and ensure they are properly secured for transport. In the event that Pulido did not provide passwords, Agent Garcia requested that the devices be left "on" in airplane mode and securely placed in faraday bags for transport. In her request, Agent Garcia provided the following summary of the investigation:

> "On or about August 27, 2018, the Florida Department of Law Enforcement (FDLE) requested investigative case assistance from HSI Tampa. The investigative case involves a United States citizen, Jordan Jysae Pulido, who travelled from the United States to Croatia to meet with a minor female child after having an online/internet relationship with her. Pulido ultimately enticed the child to come to the United States with him where the two allegedly engaged in sexual acts. The child was maintained in the United States against her will and FDLE had to intervene and rescue the child who has since been returned to her family in Croatia. The day following the child's rescue, Pulido fled to Mexico."

Pulido reentered the United States through the Miami International Airport on or about September 17, 2018. Despite a "lookout" alert being issued for Pulido his devices were not seized upon his reentry to the United States on September 17, 2018.

On November 15, 2018, Victim 1 submitted to a forensic interview. During the interview, in response to questions, Victim 1 explained that she and Pulido had never exchanged sexually explicit pictures or videos with each other and had never taken such pictures or recorded such videos while in each other's presence.

Subsequently, Pulido traveled to Mexico on or about May 13, 2019. On May 31, 2019, Agent Garcia provided the following additional information relevant to the investigation to CBP.

> "The subject of my investigation met a juvenile female from Croatia online. The two had an online relationship and he travelled to Croatia where he engaged in sexual activity with the minor. [He] then convinced the minor to travel to the United States with him where he and his parents held her against her will and he continued to engage in sexual relations with her. The child managed to contact her family in Croatia and through MLAT she was rescued last summer. However, when she was rescued the

4

subject fled to Mexico. When he returned from Mexico several months later there was confusion and he wasn't inspected. Now, his mother and father are believed to be here, illegally, from Mexico. We have done a [search warrant] on the subjects social media and discovered that they paid [$5,000] to get "papers" for his oldest brother who was a minor when he and his parents arrived. The [Facebook] communications between the subject and said brother included conversations about their needing to raise enough money to get papers for their parents – we have not been able to fully [identify] the parents.

The subject now has a new "girlfriend" possibly in Mexico and that is where it is believed he travelled. I desperately want to get his electronics detained and sent to me for full imaging and analysis."

Pulido reentered the United States through the Dallas/Fort Worth International Airport on or about June 4, 2019. CBP agents stopped Pulido at the airport and conducted a border search, seizing his Apple iPhone and Apple MacBook laptop. The CBP agents sent the devices to Agent Garcia in Tampa.

On or about June 10, 2019, Agent Garcia provided the two devices to a computer forensic analyst, who performed a forensic analysis of the devices. The forensic analyst copied all of the data from the two devices, making each file on the device available for review in an electronic report. The forensic analysis of the devices revealed that they contained photographs of Pulido cuddling and kissing Victim 1, headshots of Victim 1 and her family that were used in obtaining their visas to travel from Croatia to the United States, an asylum application, screenshots of messages to Victim 1 and her family members on a variety of social media platforms (e.g., Facebook, WhatsApp), and iMessage and Skype chat communications.[1] Agent

---

[1] Agents also found screenshots of messages on various social media platforms between Pulido and other platform users. The other users have not yet been identified and may be young girls.

Garcia reviewed the electronic reports for each device. In so doing, she read each of the messages or screenshots of messages found on the devices in their entirety and took note of certain messages by recording them in a Report of Investigation.

Between the time that FDLE recovered Victim 1 from the Pulido/Jimenez residence in August 2018 and when CBP seized Pulido's devices in June 2019, Agent Garcia and other law enforcement officers continued to investigate and gather independent evidence that corroborated much of Victim 1's statements to law enforcement officers. Agent Garcia obtained a federal search warrant for Pulido's Facebook account and discovered communications between Pulido and the Victim, Pulido and Jimenez, and Pulido and several family members that discussed Pulido's relationship with Victim 1. The investigation revealed that many of Victim 1's statements to law enforcement officers are corroborated by other witnesses and independent evidence. For example, Agent Garcia obtained travel records confirming that Pulido had traveled from Trinity, Florida, to Victim 1's home in Croatia. Victim 1's mother also told law enforcement that Pulido had traveled to Croatia and stayed with them at their family home. Agent Garcia had also observed a photograph of Victim 1 wearing the engagement ring that Pulido had given her and obtained a copy of the warranty for the ring. Victim 1's mother also told law enforcement officers that Pulido and Jimenez, arranged and paid for Victim 1 and members of her family to

travel to his family home in Trinity, Florida.

Stipulated this \_\_6th\_\_ day of \_\_May\_\_, 2021.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By: _____
Lisa M. Thelwell
Assistant United States Attorney

By: _____
Jordan Jysae Pulido
Defendant

By: _____
Samuel Landes
Attorney for Defendant

U.S. v. Jordan Pulido         Case No. 8:20-cr-292-VMC-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Samuel Landes, AFD

/s/ *Lisa M. Thelwell*
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: lisa.thelwell@usdoj.gov