UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                Case No. 8:20-cr-292-VMC-CPT

JORDAN PULIDO

_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Christopher P. Tuite's Report and Recommendation (Doc. # 109), filed on July 2, 2021, recommending that Defendant Jordan Pulido's Motion to Suppress (Doc. # 58) be denied.

Pulido filed an objection to the Report and Recommendation on July 13, 2021. (Doc. # 112). As of the date of this Order, the government has not filed a response to the objection and the time to do so has lapsed.

The Court accepts and adopts the Report and Recommendation and denies the Motion to Suppress.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v.

1

Wainwright, 681 F.2d 732 (11th Cir. 1982). If a party files a timely and specific objection to a finding of fact by the magistrate judge, the district court must conduct a *de novo* review with respect to that factual issue. Stokes v. Singletary, 952 F.2d 1567, 1576 (11th Cir. 1992). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon due consideration of the record, including Judge Tuite's Report and Recommendation, as well as Pulido's objection thereto, the Court overrules the objection and adopts the Report and Recommendation. The Court agrees with Judge Tuite's detailed and well-reasoned findings of fact and conclusions of law. The Report and Recommendation thoughtfully addresses the issues presented, and the objection does not provide a basis for rejecting the Report and Recommendation.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  The Report and Recommendation (Doc. # 109) is **ACCEPTED** and **ADOPTED.**

(2) Defendant Jordan Pulido's Motion to Suppress (Doc. # 58) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>6th</u> day of August, 2021.

<u>*Virginia M. Hernandez Covington*</u>
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE