UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,  Case No. 8:20-cr-292-VMC-CPT

    Plaintiff, ☐
    Government ☒      ☐ Evidentiary
                               ☒ Trial
                               ☐ Other
v.

JORDAN JYSAE PULIDO ET AL.

    Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| **SOCIAL MEDIA** | | | | |
| 1 | OCT 2 0 2021 | OCT 2 0 2021 | IG | Screenshot of Victim Instagram Profile |
| 2 | OCT 2 0 2021 | OCT 2 0 2021 | IG | Screenshot of Jordan Jimenez Facebook Profile Page |
| 3 | OCT 2 0 2021 | OCT 2 0 2021 | IG | CD Containing Screenshots of Victim's Facebook Messenger Messages with Jordan Pulido |
| 3A | OCT 2 0 2021 | OCT 2 0 2021 | IG | Screenshots of Victim's Facebook Messenger Messages with Jordan Pulido, dated, dated January 27, 2018 – March 29, 2018 |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 3B OCT 2 0 2021 | OCT 2 0 2021 | OCT 2 0 2021 | I G | Screenshots of Victim's Facebook Messenger Messages with Jordan Pulido, dated, dated April 17, 2018 – April 25, 2018 |
| 3C OCT 2 0 2021 | OCT 2 0 2021 | OCT 2 0 2021 | I G | Screenshots of Victim's Facebook Messenger Messages with Jordan Pulido, dated, dated April 25, 2018 – April 28, 2018 |
| 3D OCT 2 0 2021 | | OCT 2 0 2021 | I G | Screenshots of Victim's Facebook Messenger Messages with Jordan Pulido, dated, dated April 28, 2018 – May 4, 2018 |
| 3E OCT 2 0 2021 | OCT 2 0 2021 | OCT 2 0 2021 | I G | Screenshots of Victim's Facebook Messenger Messages with Jordan Pulido, dated, dated May 4, 2018 – May 6, 2018 |
| 3F OCT 2 0 2021 | OCT 2 0 2021 | OCT 2 0 2021 | I G | Screenshots of Victim's Facebook Messenger Messages with Jordan Pulido, dated, dated May 4, 2018 – May 6, 2018 |
| 3G OCT 2 0 2021 | OCT 2 0 2021 | OCT 2 0 2021 | I G | Screenshots of Victim's Facebook Messenger Messages with Jordan Pulido, dated, dated May 11, 2018 – May 13, 2018 |
| 3H OCT 2 0 2021 | | OCT 2 0 2021 | I G | Screenshots of Victim's Facebook Messenger Messages with Jordan Pulido, dated, dated May 15, 2018 – May 18, 2018 |
| 3I OCT 2 0 2021 | OCT 2 0 2021 | OCT 2 0 2021 | I G | Screenshots of Victim's Facebook Messenger Messages with Jordan Pulido, dated May 17, 2018 – June 4, 2018 |
| 3J OCT 2 0 2021 | OCT 2 0 2021 | OCT 2 0 2021 | I G | Screenshots of Victim's Facebook Messenger Messages with Jordan Pulido, dated June 4, 2018 – June 11, 2018 |
| 3K OCT 2 0 2021 | OCT 2 0 2021 | OCT 2 0 2021 | I G | Screenshots of Victim's Facebook Messenger Messages with Pulido, dated August 30, 2018 – October 13, 2018 |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 4 | OCT 2 1 2021 | OCT 2 1 2021 | IG | Screenshots of Victim's Facebook Messenger Messages with Roberto Jimenez, dated May 15, 2018 – July 10, 2018 |
| 5 | OCT 2 1 2021 | OCT 2 1 2021 | IG | Screenshot of messages on Messenger |
| 6 | OCT 2 5 2021 | OCT 2 5 2021 | Special Agent Chester Sheffield | Victim's Facebook Messenger Messages with Jordan Pulido |
| 6A | OCT 2 5 2021 | OCT 2 5 2021 | Special Agent Chester Sheffield | Photos from Victim's Facebook Messenger Messages with Jordan Pulido |
| 7 | OCT 2 1 2021 | OCT 2 1 2021 | IG | Victim's Facebook Messenger Messages with Roberto Jimenez |
| 8 | | | | |
| 8A | OCT 2 5 2021 | OCT 2 5 2021 | Special Agent Chester Sheffield | Photos from Johnathan facebook |
| 9 | OCT 2 1 2021 | OCT 2 1 2021 | IG | Screenshot of Victim's WhatsApp Message with Jordan Pulido, dated September 5, 2018 |
| 9A | OCT 2 1 2021 | OCT 2 1 2021 | IG | Audio Recorded Message from Jordan Pulido, dated September 5, 2018 |
| BUSINESS RECORDS | | | | |
| 10 | OCT 2 6 2021 | OCT 2 6 2021 | Agent Tavey Garcia | Facebook |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 11 | OCT 25 2021 | OCT 25 2021 | Special Agent Tavey Garcia | Meher Jewlers |
| 12 | OCT 25 2021 | OCT 25 2021 | Special Agent Tavey Garcia | American Express |
| 13 | OCT 26 2021 | OCT 26 2021 | Special Agent Tavey Garcia | Carlson Travel Agency |
| 14 | OCT 25 2021 | OCT 25 2021 | Special Agent Tavey Garcia | Chase Bank |
| 15 | OCT 26 2021 | OCT 26 2021 | Special Agent Tavey Garcia | Yahoo Subscriber Records unifiedtheroy2003@yahoo.com |

### DOCUMENTS

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 20 | OCT 25 2021 | OCT 25 2021 | Special Agent Tavey Garcia | Driver and Vehicle Information Database Record – Jordan Pulido |
| 21 | | | | Birth Certificate for Jordan Pulido |
| 22 | OCT 26 2021 | OCT 26 2021 | Agent Tavey Garcia | Department of State Records – Visa Applications |
| 23 | OCT 25 2021 | OCT 25 2021 | Special Agent Chester Sheffield | Photo of Asylum Application |

### MACKBOOK LAPTOP

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 30 | | | | MacBook Laptop |

Case No.: 8:20-cr-292-VMC-CPT  
EXHIBIT LIST - Continuation Sheet  
Page 5 of 7 Pages

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 30(sub) | OCT 2 6 2021 | OCT 2 6 2021 | Justin Gardiner | Photos of MacBook Laptop |
| 30A | OCT 2 6 2021 | OCT 2 6 2021 | | MacBook Laptop - Extraction Report of User Accounts |
| 30B | OCT 2 6 2021 | OCT 2 6 2021 | | MacBook Laptop - Extraction Report of Images |
| 30C | OCT 2 6 2021 | OCT 2 6 2021 | | MacBook Laptop - Extraction Report of Skype Messages with "live:412b4436121a00c0," dated December 8, 2017 – May 11, 2018 |
| 30D | OCT 2 6 2021 | OCT 2 6 2021 | | MacBook Laptop - Extraction Report of Skype Messages with "live:9487d86a6abba846," dated May 6, 2018 – June 10, 2018 |
| 30E | OCT 2 6 2021 | OCT 2 6 2021 | ✓ | MacBook Laptop - Extraction Report of Emails |
| 30F | | | | **RESERVED** |
| 30G | OCT 2 6 2021 | OCT 2 6 2021 | Justin Gardiner | MacBook Laptop - Extraction Report of Jordan Pulido's iMessages with 727-359-6587, dated February 21, 2018 – June 23, 2018 |
| 30H | OCT 2 6 2021 | OCT 2 6 2021 | Justin Gardiner | MacBook Laptop - Extraction Report of Jordan Pulido's iMessages with 727-564-0284, dated May 8, 2018 – October 16, 2018 |
| | | | **IPHONE** | |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 31 | | | | Apple iPhone |
| 31(sub) | OCT 2 6 2021 | OCT 2 6 2021 | Justin Gardiner | Photos of Apple iPhone |
| 31A | OCT 2 6 2021 | OCT 2 6 2021 | | Apple iPhone – Extraction Report of User Accounts |
| 31B | OCT 2 6 2021 | OCT 2 6 2021 | | Apple iPhone – Extraction Report of Contacts |
| 31C | OCT 2 6 2021 | OCT 2 6 2021 | | Apple iPhone – Extraction Report of Images |
| 31D | OCT 2 6 2021 | OCT 2 6 2021 | | Apple iPhone – Extraction Report of Internet Search History |
| 31E | OCT 2 6 2021 | OCT 2 6 2021 | ✓ | Apple iPhone – Extraction Report of Notes |

### PHOTOS

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 32 OCT 2 2 2021 | | OCT 2 2 2021 | Branila Gregain | Photos of Gifts from Pulido |

### PHYSICAL EVIDENCE

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 33 | | | | Gold Necklace with Cross |
| 33(sub) | OCT 2 6 2021 | OCT 2 6 2021 | Agent Taver Garcia | Photo of Gold Necklace with Cross |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 34 | | | | Gold Necklace with the Letter "K" |
| 34(sub) | | | | Photo of Gold Necklace with the Letter "K" |
| 16 | OCT 2 6 2021 | OCT 2 6 2021 | Special Agent Tavey Garcia | U.S. Customs and border Protection - Person Encounter list |
| 17 | OCT 2 6 2021 | OCT 2 6 2021 | Special Agent Tavey Garcia | Chase records |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |