

**jimenez_0325** Follow ...

34 posts　　383 followers　　307 following

Irena Gregorin
⚑Professional idiot.
⚑25. 03. '18🖤🖤👤🔒
⚑Koprivnica, Croatia 🇭🇷
⚑Musician😊🎶
gregorin1606.sarahah.com

This Account is Private

Follow to see their photos and videos.

DISC-025768