DISC_005058





DISC_005063



DISC-005063



DISC-005064



DISC 005065





DISC 005067



DISC-005068





DISC-005070





DISC_005073





DISC-005077



DISC 005078



DISC 005079





DISC_005083



DISC-004085



DISC 004097



DISC-004998









DISC 004103



DISC-004105



DISC-004110



DISC-004111



DISC_004106



DISC-004108



DISC_004113





DISC-004116



DISC-004118



DISC_004120



DISC-004131



DISC-004133



DISC-004123



DISC 004134



DISC_004125



04:31   NFC   58%  3:31 PM

Baecon😂💘💍

0:31

Ne možete sudjelovati u ovom razgovoru. Saznaj
više

DISC 004126





...







DISC-004131



DISC-004132



DISC 004133



DISC_004134



Ne možete sudjelovati u ovom razgovoru. Saznaj više

DISC-004140



Baecon 😂 💋 💍

0:22

Jordan Jimenez

Ne možete sudjelovati u ovom razgovoru. Saznaj
više

DISC-004141



DISC-004143



04:20    NFC 🔇 📶 58% 3:31 PM

← Baecon😂💋💍 ⓘ

Ne možete sudjelovati u ovom razgovoru. **Saznaj**
više



Baecon😂💋💍

Ne možete sudjelovati u ovom razgovoru. Saznaj
više

DISC-004145



DISC-004147







DISC-004149





DISC_004151