02:08  NFC 59% 3:29 PM

←  Baecon 😂 💋 💍  ⓘ

creating our love everyday but at least on my part I will always tell you that I love you and I'm always interested to FaceTime you cause it's more real for the both of us



Same here babe same here 😊

> And it happens to me EVERY DAY at least 30 times a day that I think of something you said/did and I just start smiling like an idiot



That's so cute 💗

> So are you 😗

I just felt like I'm always the one to ask if we could Facetime and I felt since you're not the one asking on your own, then I felt like you weren't that interested.

Ne mosudjelovati u ovom razgovoru. Saznaj
više

DISG-004248

 Baecon  

So are you😘

I just felt like I'm always the one to ask if we could Facetime and I felt since you're not the one asking on your own, then I felt like you weren't that interested. And I know you have to study but I also know you have time in between that you could call me and you don't unless I ask, before you'd FaceTime without out warning and I miss that tbh lol. But I also understand you have to study and school is stressing you and you can always talk to me about that cake couples tell each other everything with complete honesty

 Thanks babe I'm not🤚

Cause coupes*

Ne može sudjelovati u ovom razgovoru. Saznaj više

←  Baecon😂💋💍   ⓘ

lol. But I also understand you have to study and school is stressing you and you can always talk to me about that cake couples tell each other everything with complete honesty

 Thanks babe I'm not👶

Cause coupes*

Couples* damnit 👶 ⭕

> I know babe, and u know ur the only one I talk to when there's something bothering me

> And yeah you are shut up😗

 I know😅 lol

Jk I'm not but you are

Ne m[02:06] sudjelovati u ovom razgovoru. Saznaj više

DISC-004255



DISC-004356



02:04       NFC 🔇 📶 59% 🔋 3:29 PM

←   Baecon😍💋💍    ⓘ



How was the meeting?

21. tra u 7:40 PM

It was okay, now im at the rehearsal

Alright have fun babe I'll tty tomorrow

Tomorrow? Haha you're not gonna get rid of me so easily babe

21. tra u 8:13 PM

Lol I'm just kidding

I'd never want to get rid of someone as special as you

Yeah i know babe

Ne   e sudjelovati u ovom razgovoru. Saznaj




DISC-004257

02:04 HFC 🔕 📶 59% 3:29 PM

←   Baecon😂🌶💍  ⓘ

Tomorrow? Haha you're not gonna get rid of me so easily babe

21. tra u 8:13 PM

Lol I'm just kidding

 I'd never want to get rid of someone as special as you

Yeah i know babe

Me neither😌😚

I love you too damn much

 

○

I love you too baby



Ne [02:04]e sudjelovati u ovom razgovoru. Saznaj



DISC-004258



DISC-004260





 Baecon  

21. tra u 8:23 PM

Naaaaahhh😂

Jk

Thanks babe😋

 You're welcome my darling 😋

I got only the first part and that's kinda it🙈😄

Just make it simple cause simplicity is always the best way to learn something or in general

Yeah lol but there's also a ~~talent needed and that's~~

DISC-004264



DISC-004365



DISC-004266

Page 63



color so...😊

I love you the mostest🤔

Hell yeah

PillowTalk round 2😌?

When? Lol

Now or later?

I would love to hear you
breathing "hard" again and
maybe you're not that tired lol

Lol atm im practicing some
songs with karla but I'd love to
before going to sleep if mom
doesn't take my phone😜

Sure sounds good 😏

That's cool which songs?



Ne možete sudjelovati u ovom razgovoru. Saznaj
više

 01:47  Baecon  3:28 PM

Now or later?


I would love to hear you breathing "hard" again and maybe you're not that tired lol

Lol atm im practicing some songs with karla but I'd love to before going to sleep if mom doesn't take my phone😏

Sure sounds good 😊


That's cool which songs?

Basically just the songs she knows on the piano and I know on the guitar

Like a duet?


That's so cool

 01:47
Ne možete sudjelovati u ovom razgovoru. Saznaj
više

DISC-004370



01:47    NFC   📶 59%   3:28 PM

←   Baecon😍💘💍   ⓘ

Basically just the songs she knows on the piano and I know on the guitar

Like a duet?

That's so cool



I'm currently working on the lyrics and composition of your song

Niice

How is it going?🤭

Ne možete sudjelovati u ovom razgovoru. Saznaj više



DISC-004381



DISC-004383



01:35     59%   3:28 PM

←  Baecon  

Can't wait to hear it



I can't believe of fast the days are going by 🙈

Me neither like daammnnn🙈

54 already 😄

55*

Yeah🙈

How was your day btw and how are you? I don't think I asked that🙈

My day was okay, went to the city to try out the dress for my crism next Saturday, it's not done yet but damn I love it🙈 got home, helped my mom with planting the strawberries and some flowers, ate ice

Ne možete sudjelovati u ovom razgovoru. Saznaj više

DISC-004383

 01:35  Baecon 😂 💋 💍  59% 3:28 PM



How was your day btw and how are you? I don't think I asked that 🐵

My day was okay, went to the city to try out the dress for my crism next Saturday, it's not done yet but damn I love it 🐵 got home, helped my mom with planting the strawberries and some flowers, ate ice cream, went to the meeting, got home, went to the rehearsal, got home and now karla and I are practicing some songs, im okay, thanks, hbu 😊

That sounds like a lot of fun and can you please send me a pic of you wearing that dress?

 

Ne možete sudjelovati u ovom razgovoru. <u>Saznaj više</u>

DISC-004285

 01:34  Baecon 😂🌹💍  3:28 PM

← 



and can you please send me a pic of you wearing that dress? 👧



My day was lovely although I missed talking to you cause you were busy but besides that I went to the gym and worked on several songs including yours

I will when it's done, the sleeves are still not sewed on lol



I even worked on a second song for you lol just popped up

Damn 🙈 

You have no clue how much I love you

I find myself compulsive over you like before it was normal

Ne možete sudjelovati u ovom razgovoru. Saznaj više

DISC-004281

 Baecon  

You have no clue how much I love you

I find myself compulsive over you like before it was normal but now.....

You have no clue how much I love you too baby

I miss you even if you're away 2mins

Same here babe, same here

I'm starting to think like wth is wrong with me

Nothing's wrong lol ur just perfect

I'm talking to myself like okay she's busy just chill lol

Ne možete sudjelovati u ovom razgovoru. Saznaj više

01:33  🦍 📶 59% 3:28 PM

←  Baecon😂💋💍 ⓘ

 I'm talking to myself like okay she's busy just chill lol

Lol cute🙈

 But the compulsion is real 🙈

Same here🙌

So I just try to distract myself until you come back but it's rough sometimes

 Not hearing from you

Oh i know

Not knowing about you

 

Like not hearing from your boo for like 17 hrs

Ne možete sudjelovati u ovom razgovoru. Saznaj više

DISC-004385



59% 3:28 PM

 Baecon 

until you come back but it's rough sometimes

Not hearing from you

Oh i know

Not knowing about you



Like not hearing from your boo for like 17 hrs

Babe you think it wasn't rough for me that day too?😂

Just think about it😂

I got home finally took my phone from the table where my mom left it, I was literally about to Paso but I was like no I'm texting Irena

Ne možete sudjelovati u ovom razgovoru. Saznaj više

 01:30   59% 3:28 PM

Baecon😂👠💍

21. tra u 9:19 PM



Just think about it😂

I got home finally took my phone from the table where my mom left it, I was literally about to Paso but I was like no I'm texting Irena

Pass out*

Damn I love u so muucchh 🥲🫶



I love you so much that it actually hurts..... in a good way

Same here... Sometimes it hurts so bad and I just want to



Ne možete sudjelovati u ovom razgovoru. Saznaj više

 01:22  NFC 59% 3:28 PM

←  Baecon😂💋💍 ⓘ

Damn I love u so muuccchh
😘💧💧

 I love you so much that it
actually hurts..... in a good way

Same here... Sometimes it
hurts so bad and I just want to
feel your hug, your arms
around me... You between my
arms... Just being there with
you, in your persistence... Just
feeling your touch... Like
damn babe...

Yes I feel the same and I
realized how you felt that day
even though I felt the same but
I was occupied, so I didn't have
much time to think. But now I
think I really know how you felt


What I would give just to be

Ne možete sudjelovati u ovom razgovoru. Saznaj
više



  **Baecon** 

What I would give just to be there with you right now

To feel your touch

Your hug

 Your kids

> It was the worst day of my life since I met you...

Kiss*

 Damn it lol

> Kids?😂

Yes our kids😏

Really babe? I had no idea you  felt that way

> Rafaela?😳

Ne možete sudjelovati u ovom razgovoru. Saznaj više



  Baecon 


I guess will see 🥺

Or Naomi/Arthur lol

I feel bad that you felt bad like that bad


Hard to say but they're both lovely names

Lol ur feeling bad now cuz I felt bad that day?

Just like yours even though your name to me is the most beautiful name I've ever heard

Yes babe I told you I read them all earlier today

 

Damn babe 🙈

Ne možete sudjelovati u ovom razgovoru. Saznaj više

DISC-004303



01:09
59% 3:28 PM

←  Baecon  

But if your name is Irena then you're for certain beyond perfect

Well... basically

On the weekends most of the time I'm by myself because everyone's still sleeping by the time I wake up including my mom

And I'm happy well was happy because I always thought that maybe I could spend most of the weekend with you starting for when I wake up but obviously that's not really possible because I can see that your mom keeps you busy most of the time

So I just try to stay productive do other things pay bills that I need to pay fix my room go to

Ne možete sudjelovati u ovom razgovoru. Saznaj više

 01:07   59% 3:28 PM

← Baecon😂💋💍 ⓘ

I went back to all those snap photo that you sent me and how you were feeling bad that it's been like 17 hours and all that and I felt worse

But then I made a decision like you know what I need to snap the hell out of this feeling and man up and that's what I did

Because I know that everything will be OK at the end and that there was no need for me to be reacting that way

But I have to amid it is hard sometimes and that's only because of how much I love you everything else just doesn't measure up to you baby

 Admit*

Okay... Guess who's eyes are

Ne možete sudjelovati u ovom razgovoru. Saznaj više

 01:07  Baecon  60% 3:28 PM

you everything else just doesn't measure up to you baby

 Admit*

Okay... Guess who's eyes are tearing

And my dad would always tell me Jordan remember that you can never own a person I'm not saying that you are. It's important that if you really love you don't have that you like to see her free and I said yes I totally understand and I would never want even feel like I'm controlling her or him some kind of control freak at the same time I feel like if I just say that I want to see her free and of course I do on the other hand I don't want to let her go I can't I just can't do that

Ne možete sudjelovati u ovom razgovoru. Saznaj više

DISC-004308


 Baecon 😂 💋 💍


important that if you really love you don't have that you like to see her free and I said yes I totally understand and I would never want even feel like I'm controlling her or him some kind of control freak at the same time I feel like if I just say that I want to see her free and of course I do on the other hand I don't want to let her go I can't I just can't do that

If you really love irena*

You would like to see her free*

Or i'am some kid of control freak*

Sorry for the typos

 Stupid phone lol

Damn I love I so much

Ne možete sudjelovati u ovom razgovoru. Saznaj
više





Baecon

I don't want to let her go I can't
I just can't do that

If you really love irena*

You would like to see her free*

Or i'am some kid of control
freak*

Sorry for the typos



Stupid phone lol

Damn I love I so much....



Honestly fuck that whole thing
about if you love a person then
set them free

I love you and I'll never set
you free lol ur not watching
that movie😂



Ne možete sudjelovati u ovom razgovoru. Saznaj
više



**Baecon** 😂 🚀 💍

Damn I love I so much....

Honestly fuck that whole thing about if you love a person then set them free

I love you and I'll never set you free lol ur not watching that movie 😂

You love I? Cecream 😏

U*

😂

Lol
😄

Ne možete sudjelovati u ovom razgovoru. <u>Saznaj</u>
<u>više</u>

DISC-004311

 00:59  3:28 PM

←  Baecon 😂 💋 💍 ⓘ

told me, you don't feel the same anymore then of course I'd be really heartbroken but I'd respect your decision

Yeah if you told me that you don't feel the same anymore I would probably say idgaf cuz I still do and ur stuck with me until you fall in love with me again and then until one of us dies and then after that we would become ghost bf and gf

Damn 🧒 you made last sentence look stupid 😂

I love you so damn much

Cuz i am stupid dummy 😜😂

My last sentence*

Ne možete sudjelovati u ovom razgovoru. Saznaj više



DISC-004313



DISC-004315

