







Video Album │ 🎥 Live Video

orin Branka        +   🎥   📞   ⚙   ✕

Oh thats great. thank you,,Jordan medical examination came very good, but it shows for some reason some high pressure....possibly from some stress for the oncoming trip due may be high stress..lol....when he is there if you notice something in his face color , you can contact me at any time,,,,,and thank you again for all ,,.have a good weekend Branka......

26. svibnja 2018 4:56



 **Irena** | **Početna**

**Jordan Jimenez**

Kk

26. svibnja 2018 3:49

**Irena Gregorin**

Calling

26. svibnja 2018 3:49

**Irena Gregorin**

So. I guess you want me to update you. I talked to mom, she told me not to talk to Marin, she will talk to him. I still have to talk to her about the high school thing

26. svibnja 2018 3:48

**Jordan Jimenez**

Call

26. svibnja 2018 3:48

**Jordan Jimenez**

Baby

26. svibnja 2018 3:48

**Irena Gregorin**

Good evening/morning my king🖤

26. svibnja 2018 3:44

**Jordan Jimenez**

My love

26. svibnja 2018 3:44

**Jordan Jimenez**

Good morning

**Irena Gregorin**

Knew you gonna say that

26. svibnja 2018 3:44

**Jordan Jimenez**

BABY

26. svibnja 2018 3:43

**Irena Gregorin**

Ur mom asked are you ok cause you don't reply to her lol

26. svibnja 2018 3:43

**Irena Gregorin**

Hey babe

26. svibnja 2018 3:43

**Jordan Jimenez**

Hey

26. svibnja 2018 3:01

**Irena Gregorin**



25. svibnja 2018 13:14

## Irena Gregorin



25. svibnja 2018 13:14

**Irena Gregorin**



25. svibnja 2018 13:14

**Irena Gregorin**



25. svibnja 2018 13:14

**Irena Gregorin**



25. svibnja 2018 13:14

**Irena Gregorin**



25. svibnja 2018 13:14

**Irena Gregorin**



25. svibnja 2018 13:14

**Irena Gregorin**



25. svibnja 2018 13:14

**Irena Gregorin**



25. svibnja 2018 13:14

**Irena Gregorin**



25. svibnja 2018 13:14

**Irena Gregorin**



25. svibnja 2018 13:14

**Irena Gregorin**



25. svibnja 2018 13:14

**Irena Gregorin**



25. svibnja 2018 13:14

## Jordan Jimenez



25. svibnja 2018 13:03

## Jordan Jimenez



25. svibnja 2018 13:03

## Jordan Jimenez



25. svibnja 2018 13:03

**Jordan Jimenez**



25. svibnja 2018 13:03

**Jordan Jimenez**



25. svibnja 2018 13:03

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**

Irena    Početna



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

## Irena Gregorin



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

## Irena Gregorin



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Jordan Jimenez**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Jordan Jimenez**



25. svibnja 2018 13:02

**Jordan Jimenez**



25. svibnja 2018 13:02

## Jordan Jimenez



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

## Jordan Jimenez



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

## Jordan Jimenez



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Jordan Jimenez**



25. svibnja 2018 13:02

**Irena Gregorin**

Irena | Početna



25. svibnja 2018 13:02

## Jordan Jimenez



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Jordan Jimenez**



25. svibnja 2018 13:02

**Jordan Jimenez**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

## Jordan Jimenez



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Jordan Jimenez**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Jordan Jimenez**



25. svibnja 2018 13:02

**Jordan Jimenez**



25. svibnja 2018 13:02

**Jordan Jimenez**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Jordan Jimenez**



25. svibnja 2018 13:02

**Jordan Jimenez**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

**Jordan Jimenez**



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:02

## Jordan Jimenez



25. svibnja 2018 13:02

**Irena Gregorin**



25. svibnja 2018 13:01

**Jordan Jimenez**

Irena    Početna



25. svibnja 2018 13:01

**Irena Gregorin**



25. svibnja 2018 13:01

**Jordan Jimenez**



25. svibnja 2018 13:01

**Irena Gregorin**



25. svibnja 2018 13:01

**Irena Gregorin**



25. svibnja 2018 13:01

**Irena Gregorin**



25. svibnja 2018 13:01

**Irena Gregorin**



25. svibnja 2018 13:01

**Irena Gregorin**



25. svibnja 2018 13:01

**Jordan Jimenez**



25. svibnja 2018 13:01

**Jordan Jimenez**



25. svibnja 2018 13:01

**Jordan Jimenez**



25. svibnja 2018 13:01

**Jordan Jimenez**



25. svibnja 2018 13:01

## Jordan Jimenez



25. svibnja 2018 13:01

**Irena Gregorin**



25. svibnja 2018 13:01

## Jordan Jimenez



25. svibnja 2018 13:01

**Irena Gregorin**



25. svibnja 2018 13:01

**Irena Gregorin**



25. svibnja 2018 13:01

**Irena Gregorin**



25. svibnja 2018 13:01

**Jordan Jimenez**



25. svibnja 2018 12:58

**Jordan Jimenez**



25. svibnja 2018 12:58

**Jordan Jimenez**



25. svibnja 2018 12:58

**Jordan Jimenez**



25. svibnja 2018 12:58

**Jordan Jimenez**



25. svibnja 2018 12:58

**Jordan Jimenez**



25. svibnja 2018 12:58

**Jordan Jimenez**



25. svibnja 2018 12:58

**Jordan Jimenez**



25. svibnja 2018 12:58

## Jordan Jimenez



25. svibnja 2018 12:58

## Jordan Jimenez



25. svibnja 2018 12:58

**Jordan Jimenez**



25. svibnja 2018 12:58

**Irena Gregorin**



25. svibnja 2018 12:56

**Irena Gregorin**



25. svibnja 2018 12:56

**Irena Gregorin**

Irena | Početna



25. svibnja 2018 12:56

**Irena Gregorin**



25. svibnja 2018 12:56

**Irena Gregorin**



25. svibnja 2018 12:56

**Irena Gregorin**



25. svibnja 2018 12:56

**Irena Gregorin**



25. svibnja 2018 12:56

**Irena Gregorin**



25. svibnja 2018 12:56

## Irena Gregorin



25. svibnja 2018 12:56

**Jordan Jimenez**

Lol

25. svibnja 2018 8:47

**Jordan Jimenez**

Da

25. svibnja 2018 8:47

**Irena Gregorin**

Ne odgovaramo ha, tak se budemo igrali?

25. svibnja 2018 8:41

**Jordan Jimenez**

Irena    Početna

**Irena Gregorin**

.. .. ..

25. svibnja 2018 8:37

**Irena Gregorin**

Volim te

25. svibnja 2018 8:37

**Jordan Jimenez**

Ne okreci glavu

25. svibnja 2018 8:36

**Jordan Jimenez**

Hej ti tamo

25. svibnja 2018 8:36

**Irena Gregorin**

Well hey

25. svibnja 2018 8:29

**Jordan Jimenez**

I see lol

25. svibnja 2018 8:29

**Irena Gregorin**

It says ur active lol

25. svibnja 2018 8:27

**Jordan Jimenez**

Yo


**Jordan Jimenez**

Hey

24. svibnja 2018 15:39

**Irena Gregorin**

Connection baby

24. svibnja 2018 11:41

**Jordan Jimenez**

Hey

24. svibnja 2018 11:41

**Jordan Jimenez**

And btw if in a problem of this magnitude, I wouldn't be texting you, that's so disrespectful in a relationship, if you would be mad with me, I would call you directly. Even Fernanda called Johnathan all the time when there's a crisis like this before she went 180 and you're still texting me, that means that's how unimportant this relationship is to you, because you don't have an idea of how close we are to breaking up right now... and you're still texting me, instead of calling... another disappointment for today and another stab in my heart... Thank you very much

24. svibnja 2018 7:56

**Irena Gregorin**

Babe. I didn't defend him. I meant that in general. I don't like him. I wouldn't flirt with anyone, taken or solo, it is not appropriate. Not allowed for me. I never meant to sound rude and I apologize if I did. And I would hurt anyone if it's for you and you know that. I would rather hurt my own friends than hurt you... I know I make mistakes, ok? And i know some of them hurt you, and I really am sorry for that... I really do regret doing that and I really regret ever hurting you in any kind of way... And I know that I have disappointed you (again) and you know i really hate disappointing you... That's probably one of the worst things I can do...

24. svibnja 2018 7:52

**Jordan Jimenez**

That's*

24. svibnja 2018 7:47

**Jordan Jimenez**

 **Irena**    **Početna**

24. svibnja 2018 7:47

**Jordan Jimenez**

Probably, if he wouldn't be Ana's bf, you would be flirting with him

24. svibnja 2018 7:47

**Jordan Jimenez**

The fact that you said "I don't like it and that I'm gonna be brutally honest with you" is rude from you, I never told you something like that "I don't like it" from you. That tells me a lot more than you think... and I'm telling you right now, the way you defended him, that means you like him, I don't care of you deny it now, it's the way you defended him that tells me

24. svibnja 2018 7:46

**Irena Gregorin**

You're always gonna be the most important one for me, I'll always choose you over anyone else. I'll always choose keeping you over anything else on this world.

24. svibnja 2018 7:45

**Irena Gregorin**

Babe no. He is blocked and im not keeping anyone except for you. If you are uncomfortable, tell me, I'll change, you won't be uncomfortable anymore. If you told me not to talk to him I wouldn't, i just told you what's on my mind, I was just open with you. I never said there's a problem with not talking to anyone... And by that I mean, i don't care who you're not comfortable with, even if it was Karla, i wouldn't talk to that person ever again. I just said i don't like it...

24. svibnja 2018 7:43

**Jordan Jimenez**

You know what never mind, you don't have to block him and I do t have to be uncomfortable with a relationship like this, where everyday you do something to put this thing in crisis and I almost have to beg you, even if I would have told you not to talk to him in person, you should have said "no problem" in an instant... so keep him and I don't have to deal crisis like this anymore

24. svibnja 2018 7:39

**Irena Gregorin**

Accidentally sent the like

24. svibnja 2018 7:38




24. svibnja 2018 7:38

**Irena Gregorin**

I'm not defending him, I just misunderstood what you meant babe

24. svibnja 2018 7:37

**Irena Gregorin**

I know babe, I'm keeping com with everyone limited

24. svibnja 2018 7:36

**Jordan Jimenez**

You still need to keep your communication with him limited because I can see your interest in defending him

 **Irena**    **Početna**

**Irena Gregorin**

Well babe, you didn't say anything about talking in person... Cause for me, when someone says blocked i mean blocked hard core... I apologize, I misunderstood... I'm sorry if I made you uncomfortable... Btw he's blocked already

24. svibnja 2018 7:35

**Jordan Jimenez**

And if I don't feel comfortable with someone I have my reasons

24. svibnja 2018 7:34

**Jordan Jimenez**

Cause at the end of the day you're gonna be living with me supposedly

24. svibnja 2018 7:34

**Jordan Jimenez**

It doesn't matter who it is

24. svibnja 2018 7:34

**Jordan Jimenez**

You get that you're not supposed to make your partner uncomfortable with another person

24. svibnja 2018 7:33

**Jordan Jimenez**

You're saying that you're loosing friends by blocking them? You can still talk to them in person if it is needed, and if you would have told me to block Marimar, I would have done it immediately with no complaints like you are right

24. svibnja 2018 7:33

**Jordan Jimenez**

I'm strongest disappointed of your response honestly

24. svibnja 2018 7:31

**Irena Gregorin**


know it wouldn't be appropriate to keep com with them. Of course, if ur not okay with someone, they're blocked, but I just wanted to let you know that I don't like loosing friends like this. This time really no one did anything wrong/inappropriate. No one asked for my attention directly. He is Ana's bf, ana is like another twin to me, what makes him like a brother... I'm not saying I'm not ok with it, cause I'd rather be with you than with anyone else, im just letting you know, I don't like loosing friends in general. But if it's cause of you, babe, it's done... Im doing I right now

24. svibnja 2018 7:30

**Jordan Jimenez**

What's going on? It should be a simple respond

24. svibnja 2018 7:30

**Jordan Jimenez**

Cause I would have told you already that if you're not okay with a person I would have told you I'm blocking her right now

24. svibnja 2018 7:27

**Jordan Jimenez**

I'm very disappointed

24. svibnja 2018 7:26

**Jordan Jimenez**

Since you're resisting blocking him, it seems very suspicious tbh

24. svibnja 2018 7:26

**Jordan Jimenez**

Now I'm really not okay with it

24. svibnja 2018 7:25

**Jordan Jimenez**

You are somehow interested in keeping communication with him,

24. svibnja 2018 7:25

**Jordan Jimenez**

## Irena Gregorin

Well babe of course I'll block him if he does anything inappropriate, and this time i would actually check if I did block him everywhere. But as he hasn't done anything wrong since there's few of us there and he didn't ask for my communication directly. Babe, if anyone ever does anything inappropriate, they're blocked, everywhere, even reported if needed. I got stronger, now I know how to deal with people, I know stuff

24. svibnja 2018 7:24

## Jordan Jimenez

You didn't mention anything about blocking him

24. svibnja 2018 7:20

## Jordan Jimenez

I know babe but you're skipping the point again

24. svibnja 2018 7:19

## Irena Gregorin

I just got home, getting something to eat, dont judge lol cereal again

24. svibnja 2018 7:19

## Irena Gregorin

Babe he didn't text me directly, he sent a text in the group chat, he asked few of us at the same time

24. svibnja 2018 7:18

## Jordan Jimenez

I'm here btw

24. svibnja 2018 7:18

## Jordan Jimenez

Or checking everywhere

24. svibnja 2018 7:15



Of you forgetting to block before

24. svibnja 2018 7:15

**Jordan Jimenez**

And I mean everywhere for obvious reasons

24. svibnja 2018 7:15

**Jordan Jimenez**

I don't think it would be appropriate if Ana's bf texted you directly for questions of anything because he has Ana to ask any questions and if he does, that means he's interested in direct communication with you somehow, and I definitely wouldn't be okay with that, therefore, He should be blocked everywhere

24. svibnja 2018 7:13

**Jordan Jimenez**

Just a comment

24. svibnja 2018 7:09

**Jordan Jimenez**

Okay baby ♡

24. svibnja 2018 7:09

**Irena Gregorin**

Omw home, call u when i get there

24. svibnja 2018 7:08

**Irena Gregorin**

I know baby, I know

24. svibnja 2018 7:08

**Jordan Jimenez**

Although if it was me and you sent me a snap, wouldn't have told you I'll check it later, I would have checked it at that moment

 **Irena**    **Početna**

### Jordan Jimenez

I know babe I'm just messing with you

24. svibnja 2018 6:26

### Jordan Jimenez

Kk babe

24. svibnja 2018 6:25

### Irena Gregorin

Bad connection, takes ages to send a text

24. svibnja 2018 6:24

### Irena Gregorin

Brb

24. svibnja 2018 6:24

### Irena Gregorin

And gtg to class brv

24. svibnja 2018 6:24

### Irena Gregorin

Babe. Cum on lol, u know everything related to you is the most important thing to me, ur my world. Im sorry I didn't check it before even tho I said I will. Since we started talking on more apps I stopped checking sc while in school

24. svibnja 2018 6:24

### Jordan Jimenez

Yes

24. svibnja 2018 6:18

### Jordan Jimenez

 **Irena** | **Početna**

### Irena Gregorin

But did u really had to put my face?

24. svibnja 2018 6:18

### Jordan Jimenez

Yeah right

24. svibnja 2018 6:17

### Irena Gregorin

Babe shut up of course it is

24. svibnja 2018 6:17

### Jordan Jimenez

24. svibnja 2018 6:17

### Jordan Jimenez

It's okay I know it's not that important for you

24. svibnja 2018 6:17

### Irena Gregorin

Ooohhhh yeeah i remember now    damn sorry babe, my fault

24. svibnja 2018 6:17

### Jordan Jimenez

You told me you'd check it

24. svibnja 2018 6:16

### Jordan Jimenez

I told you I did my silly hobbit

**Irena Gregorin**

Hey babe i was in class, sorry, i don't even check snap last few fays basically cause I spend time with you and nothing else isn't important, I didn't get the notif tho I didn't know u sent anything

24. svibnja 2018 6:15

**Jordan Jimenez**

Okay so I signed into your sc and saved our streak cause obviously my snap wasn't important enough for you to check eventho you said you would ｡

24. svibnja 2018 6:11

**Jordan Jimenez**

The streak will end and I want you to see the snap

24. svibnja 2018 5:52

**Jordan Jimenez**

Check sc

24. svibnja 2018 5:50

**Jordan Jimenez**

Babe

24. svibnja 2018 5:50

**Jordan Jimenez**

You should have

24. svibnja 2018 5:50

**Irena Gregorin**

Should I wake u up or no lol

24. svibnja 2018 3:54

**Irena Gregorin**

**Irena Gregorin**

Hey babe I miss u

24. svibnja 2018 3:53

**Irena Gregorin**

Babe type me your address and all that so I can order your ones to your house

23. svibnja 2018 9:28

**Jordan Jimenez**

.. ..

23. svibnja 2018 9:27

**Jordan Jimenez**

..

23. svibnja 2018 9:27

**Jordan Jimenez**

..

23. svibnja 2018 9:27

**Jordan Jimenez**

..

23. svibnja 2018 9:27

**Jordan Jimenez**

.. ..

23. svibnja 2018 9:27

**Jordan Jimenez**

.. ..



**Irena Gregorin**

A znam ja da imaš prijatelje Balkance

23. svibnja 2018 9:25

**Jordan Jimenez**

No lol

23. svibnja 2018 9:25

**Irena Gregorin**

A sranje, imaš Google prevoditelj

23. svibnja 2018 9:25

**Jordan Jimenez**

I just know

23. svibnja 2018 9:25

**Irena Gregorin**

Slatko

23. svibnja 2018 9:24

**Irena Gregorin**

U jebate

23. svibnja 2018 9:24

**Jordan Jimenez**

On

23. svibnja 2018 9:24

**Irena Gregorin**

A kao znas kaj sam rekla?

23. svibnja 2018 9:24

Irena | Početna

..
23. svibnja 2018 9:24

**Irena Gregorin**

Tortura i po' jebate

23. svibnja 2018 9:23

**Jordan Jimenez**

Cum on ☞ ..

23. svibnja 2018 9:23

**Irena Gregorin**

Babe.... Cmoooonnnnnnn

23. svibnja 2018 9:23

**Jordan Jimenez**

.. ..

23. svibnja 2018 9:23

**Jordan Jimenez**

.. ..

23. svibnja 2018 9:23

**Jordan Jimenez**

☞ ..

23. svibnja 2018 9:23

**Jordan Jimenez**

.. ☞

23. svibnja 2018 9:23

..
23. svibnja 2018 9:22

**Irena Gregorin**

Shit babe ur torturing me

23. svibnja 2018 9:22

**Jordan Jimenez**

.. ..

23. svibnja 2018 9:22

**Irena Gregorin**

Oh I know lol

23. svibnja 2018 9:22

**Jordan Jimenez**

.. ..

23. svibnja 2018 9:22

**Irena Gregorin**

Tbh just thinking bout it turns me on but K is here so I won't say it lol

23. svibnja 2018 9:22

**Jordan Jimenez**

.. ..

23. svibnja 2018 9:21

**Jordan Jimenez**

.. ..

23. svibnja 2018 9:21

..

23. svibnja 2018 9:21

## Jordan Jimenez

69

23. svibnja 2018 9:21

## Irena Gregorin

.. .. ..

23. svibnja 2018 9:21

## Jordan Jimenez

.. ..

23. svibnja 2018 9:21

## Jordan Jimenez

👉👌

23. svibnja 2018 9:20

## Irena Gregorin

.. ..    🖤🖤.. .. .. .. .. .. ..

23. svibnja 2018 9:20

## Jordan Jimenez

👌

23. svibnja 2018 9:20

## Jordan Jimenez

.. ..

23. svibnja 2018 9:20

I need the expiration date and dunno how to pronounce that so im texting lol

23. svibnja 2018 9:17

**Irena Gregorin**

.. ..

23. svibnja 2018 9:16

**Jordan Jimenez**

.. ..

23. svibnja 2018 9:16

**Irena Gregorin**

Hey it says ur active

23. svibnja 2018 9:16

**Jordan Jimenez**

Lol

23. svibnja 2018 9:16

**Jordan Jimenez**

Hey

23. svibnja 2018 9:16

**Irena Gregorin**

Hey

23. svibnja 2018 9:16

**Irena Gregorin**

Hey baby

23. svibnja 2018 3:43

Hey

23. svibnja 2018 3:41

**Jordan Jimenez**



**‹ Home (1)**

Active now

In other words ; what she is saying.. is
not probable ,...but is not impossible

Tho I don't think we can do
anything now it's their decision

And if Jordan is happy we have to
be happy for him too

Yeah

Of vourde

Course*

I hope that doesn't turn against
him

Well

Yeah!

She wants to go to the
mountain,...but she is going to have
go thru the jungle to get there,,,,,, as
long as she doesn't loose sight of the
mountain , she won't get lost in the
jungle

Aa

22. svibnja 2018 14:02

**Jordan Jimenez**







22. svibnja 2018 9:44

**Jordan Jimenez**

Cool 👌

22. svibnja 2018 7:41

**Irena Gregorin**

Done, callin in 2

22. svibnja 2018 7:40

**Jordan Jimenez**

..

22. svibnja 2018 7:40

**Jordan Jimenez**

..

22. svibnja 2018 7:40

**Jordan Jimenez**

And btw

22. svibnja 2018 7:40

Deal

22. svibnja 2018 7:39

**Jordan Jimenez**

Well*

22. svibnja 2018 7:39

**Jordan Jimenez**

We'll order and it and I will be there by the 15th

22. svibnja 2018 7:39

**Irena Gregorin**

I wanna order you

22. svibnja 2018 7:38

**Jordan Jimenez**

And anything else that you want to order just for fun

22. svibnja 2018 7:38

**Irena Gregorin**

Okay

22. svibnja 2018 7:37

**Jordan Jimenez**

Them

22. svibnja 2018 7:37

**Jordan Jimenez**

Im gonna call

22. svibnja 2018 7:37

How?

22. svibnja 2018 7:36

**Jordan Jimenez**

Im gonna activate the other card too

22. svibnja 2018 7:36

**Irena Gregorin**

We can

22. svibnja 2018 7:36

**Jordan Jimenez**

Oh that's interesting

22. svibnja 2018 7:36

**Jordan Jimenez**

Today if you want

22. svibnja 2018 7:35

**Irena Gregorin**



22. svibnja 2018 7:35

When will we lol

22. svibnja 2018 7:34

**Jordan Jimenez**

Hey we haven't ordered the phone cases yet lol

22. svibnja 2018 7:29

**Jordan Jimenez**

I'm glad

22. svibnja 2018 7:28

**Jordan Jimenez**

That's good than

22. svibnja 2018 7:28

**Irena Gregorin**

He wont

22. svibnja 2018 7:27

**Irena Gregorin**

He knows

22. svibnja 2018 7:27

**Irena Gregorin**

He wont

22. svibnja 2018 7:26

**Irena Gregorin**

Brb again, we are testing something, I apologize

22. svibnja 2018 7:26

The teacher made you do it in the future with him alone in the days to come

22. svibnja 2018 7:26

**Irena Gregorin**

If?

22. svibnja 2018 7:25

**Jordan Jimenez**

What if

22. svibnja 2018 7:25

**Irena Gregorin**

back

22. svibnja 2018 7:25

**Irena Gregorin**

Yup

22. svibnja 2018 7:25

**Jordan Jimenez**

That sounds great

22. svibnja 2018 7:25

**Jordan Jimenez**

Kk

22. svibnja 2018 7:24

**Irena Gregorin**

Brb

22. svibnja 2018 7:24

We havent been alone without him since that day when that happened

22. svibnja 2018 7:24

**Irena Gregorin**

I meant we're not alone with the teacher lol

22. svibnja 2018 7:24

**Jordan Jimenez**

You said today, does that mean you were alone before?

22. svibnja 2018 7:23

**Irena Gregorin**

 **Irena** | Početna



22. svibnja 2018 7:20

**Irena Gregorin**

And what u guys gonna do?

 **Irena** | **Početna**

### Irena Gregorin

Okay

19. svibnja 2018 9:00

### Jordan Jimenez

He's bringing his gf and another girl, another friend named Marckus and his gf and some other people

19. svibnja 2018 9:00

### Jordan Jimenez

And it's his bd

19. svibnja 2018 8:59

### Irena Gregorin

Sorry to hear that

19. svibnja 2018 8:59

### Jordan Jimenez

His dad passed away a few months ago to cancer

19. svibnja 2018 8:59

### Irena Gregorin

Oh ok

19. svibnja 2018 8:58

### Jordan Jimenez

He's basically mine and all my brothers friend, we know him for awhile

19. svibnja 2018 8:58

### Jordan Jimenez

He's bringing some other people

**Irena Gregorin**

Which friend?

19. svibnja 2018 8:58

**Jordan Jimenez**

My friends bd

19. svibnja 2018 8:58

**Jordan Jimenez**

Btw I also have a party at my house today

19. svibnja 2018 8:57

**Jordan Jimenez**

Idc what are my plans

19. svibnja 2018 8:57

**Irena Gregorin**

I know, so am I❤

19. svibnja 2018 8:57

**Jordan Jimenez**

I'm always available for you

19. svibnja 2018 8:57

**Jordan Jimenez**

Yeah that's fine babe

19. svibnja 2018 8:57

**Irena Gregorin**

Cause spending time with you will help

19. svibnja 2018 8:56

 **Irena**  |  **Početna**

I know baby, and same here... I was planning to go to bed and face time you till I pass out

19. svibnja 2018 8:56

**Jordan Jimenez**

And since you're my wife, I will suggest things that could help

19. svibnja 2018 8:56

**Jordan Jimenez**

I don't think you understand how important you are for me and anything that could possibly affect you. Negatively hurts me and worries me

19. svibnja 2018 8:55

**Irena Gregorin**

I dont blame you babe

19. svibnja 2018 8:54

**Jordan Jimenez**

I'm just worried about you, can you blame me?

19. svibnja 2018 8:54

**Irena Gregorin**

I'm not being stubborn babe... I was just saying... Im not gonna go if I'll be feeling bad... And I was about to get the energy to go to my room and actually go to bed.. Cause I do care about what you say and I care bout your opinion

19. svibnja 2018 8:52

**Jordan Jimenez**

But okay do as you want

19. svibnja 2018 8:51

**Jordan Jimenez**

You're just stubborn af

 **Irena**    **Početna**

**Irena Gregorin**

I'm not babe, im just saying

19. svibnja 2018 8:50

**Jordan Jimenez**

As usual

19. svibnja 2018 8:50

**Jordan Jimenez**

You're missing the point

19. svibnja 2018 8:50

**Irena Gregorin**

They actually cant tbh cause i am the only one playing the soprano

19. svibnja 2018 8:50

**Jordan Jimenez**

I forgot his name

19. svibnja 2018 8:50

**Jordan Jimenez**

Remember that guy took a dayoff?

19. svibnja 2018 8:49

**Jordan Jimenez**

Babe I know, we all do and I have been to Football and work when I had the strongest migraines, but I'm not trying to compete with you about this, I'm saying you don't have to do that cause your body is more important than anything and and they can handle the rehearsal and performances without you

19. svibnja 2018 8:49

**Irena Gregorin**

 **Irena**    **Početna**

19. svibnja 2018 8:47

**Irena Gregorin**

But I mean babe I've been to rehearsals and performances in worse condition lol

19. svibnja 2018 8:46

**Jordan Jimenez**

Well in that case

19. svibnja 2018 8:46

**Irena Gregorin**

No

19. svibnja 2018 8:46

**Jordan Jimenez**

If you think that 5% is enough for you to go?

19. svibnja 2018 8:45

**Irena Gregorin**

Yeah

19. svibnja 2018 8:45

**Jordan Jimenez**

So

19. svibnja 2018 8:45

**Jordan Jimenez**

But it's today for sure right?

19. svibnja 2018 8:45

**Irena Gregorin**

 **Irena** | **Početna**

**Jordan Jimenez**

Is that enough?

19. svibnja 2018 8:45

**Irena Gregorin**

5% better lol

19. svibnja 2018 8:45

**Jordan Jimenez**

From now till rehearsal, how much better do you think you'll feel physically? Honestly

19. svibnja 2018 8:44

**Irena Gregorin**

Yes?

19. svibnja 2018 8:44

**Jordan Jimenez**

Let me ask you something

19. svibnja 2018 8:44

**Jordan Jimenez**

Yeah lol

19. svibnja 2018 8:43

**Irena Gregorin**

Ugh, chemistry lol

19. svibnja 2018 8:43

**Jordan Jimenez**

It's really important for a recovery point

 **Irena**   **Početna**

### Jordan Jimenez

Not really cause there's a Chemical process that happens when you're unconscious

19. svibnja 2018 8:43

### Irena Gregorin

I am resting, that's almost the same

19. svibnja 2018 8:42

### Jordan Jimenez

I'd love to spend time with you to of course but if know that you'll feel better by sleeping, I care about your health too

19. svibnja 2018 8:42

### Irena Gregorin

Well I'll see how I'll feel

19. svibnja 2018 8:42

### Jordan Jimenez

And I suggest you sleep

19. svibnja 2018 8:42

### Jordan Jimenez

Okay if I were you, and feel bad o wouldn't go to rehearsal

19. svibnja 2018 8:41

### Irena Gregorin

Rather than sleep

19. svibnja 2018 8:41

### Irena Gregorin

You*

 **Irena** | **Početna**

**Irena Gregorin**

I wanna spend time with tou

19. svibnja 2018 8:41

**Irena Gregorin**

And I gotta spend time with you, duuhhhh

19. svibnja 2018 8:41

**Irena Gregorin**

Well im not sleepy, I'm just tired, and I have a rehearsal lol but I'll see how I'll feel by then

19. svibnja 2018 8:41

**Jordan Jimenez**

But if you feel sleepy now, why not just sleep?

19. svibnja 2018 8:40

**Irena Gregorin**

I'll sleep at night lol

19. svibnja 2018 8:40

**Jordan Jimenez**

I know babe

19. svibnja 2018 8:40

**Jordan Jimenez**

And most importantly...... sleep

19. svibnja 2018 8:40

**Irena Gregorin**

I dont even feel like eating anything babe lol

19. svibnja 2018 8:39

 **Irena** | **Početna**

But you should try to intake some Vitamin C and try to eat something like eggs

19. svibnja 2018 8:39

**Irena Gregorin**

Yeah I know

19. svibnja 2018 8:39

**Jordan Jimenez**

Yeah that's Normal

19. svibnja 2018 8:38

**Irena Gregorin**

Usually when im sick or got a cold i loose my appetite

19. svibnja 2018 8:37

**Irena Gregorin**

So basically, im not hungry, I haven't eaten anything since yesterday 6-7pm, actually I did ate a little chocolate bar but just to try it, I don't have that need for food, we had chicken for lunch (again), everyone was eating i was looking at them lol

19. svibnja 2018 8:37

**Jordan Jimenez**

Welcome back

19. svibnja 2018 8:36

**Irena Gregorin**

Back

19. svibnja 2018 8:35

**Jordan Jimenez**

Kk

**Irena Gregorin**

Brb

19. svibnja 2018 8:33

**Jordan Jimenez**

Why

19. svibnja 2018 8:33

**Irena Gregorin**

I've lost my appetite lol

19. svibnja 2018 8:33

**Irena Gregorin**

Lol

19. svibnja 2018 8:33

**Jordan Jimenez**

Duuuhhh

19. svibnja 2018 8:33

**Irena Gregorin**

U sent it on purpose lol

19. svibnja 2018 8:33

**Jordan Jimenez**

I know lol

19. svibnja 2018 8:32

**Irena Gregorin**

Accidentally sent a like lol

19. svibnja 2018 8:32



19. svibnja 2018 8:32

**Irena Gregorin**



19. svibnja 2018 8:32

**Irena Gregorin**

Well thank you darling

19. svibnja 2018 8:31

**Jordan Jimenez**

Welcome back love

19. svibnja 2018 8:31

**Irena Gregorin**

Back

19. svibnja 2018 8:31

**Jordan Jimenez**

 **Irena**   |   **Početna**

**Irena Gregorin**

Brb my mom needs me

19. svibnja 2018 8:29

**Irena Gregorin**

Babe I probably won't feel better lol

19. svibnja 2018 8:29

**Jordan Jimenez**

Also it seems like if you do feel good to go, that will also kill our plans for Sunday

19. svibnja 2018 8:28

**Irena Gregorin**

I know baby

19. svibnja 2018 8:28

**Jordan Jimenez**

Yeah and it doesn't matter what anyone says, Karla, your mom, or Ana, and I mean no disrespect to them but if you feel ill you feel ill

19. svibnja 2018 8:27

**Irena Gregorin**

I mean I'll see how I'll feel and then I'll see if I'm gonna go or no

19. svibnja 2018 8:26

**Irena Gregorin**

Yeah, true

19. svibnja 2018 8:26

**Jordan Jimenez**

 **Irena**    **Početna**

**Irena Gregorin**

I noticed that

19. svibnja 2018 8:25

**Irena Gregorin**

My immune system is stronger than other people's

19. svibnja 2018 8:25

**Irena Gregorin**

I usually have a cold for like a day or two and then im im good

19. svibnja 2018 8:25

**Irena Gregorin**

And performances

19. svibnja 2018 8:24

**Irena Gregorin**

Determination to music lol

19. svibnja 2018 8:24

**Irena Gregorin**

Well baby... I'll get some sleep at night, I'll take an aspirin before we go, I'll be fine... I mean if I'll be feeling really ill i wont go

19. svibnja 2018 8:24

**Jordan Jimenez**

Even me

19. svibnja 2018 8:24

**Jordan Jimenez**


**Jordan Jimenez**

Yeah but your body is more important than an instrument

19. svibnja 2018 8:23

**Irena Gregorin**

I'll take an aspirin before we go,I'll be fine

19. svibnja 2018 8:23

**Irena Gregorin**

Well there's no one else to play the soprano part so...

19. svibnja 2018 8:22

**Jordan Jimenez**

You don't have to go

19. svibnja 2018 8:22

**Jordan Jimenez**

But babe you're feeling ill

19. svibnja 2018 8:22

**Irena Gregorin**

Tomorrow lol I think 4pm

19. svibnja 2018 8:22

**Jordan Jimenez**

When?

19. svibnja 2018 8:21

**Jordan Jimenez**

Hungary???



**Irena**  |  **Početna**

**Irena Gregorin**

We have a performance in Hungary, just been told couple of minutes ago

19. svibnja 2018 8:21

**Jordan Jimenez**

What's tomorrow?

19. svibnja 2018 8:21

**Irena Gregorin**

For tomorrow

19. svibnja 2018 8:21

**Irena Gregorin**

I have a rehearsal

19. svibnja 2018 8:21

**Irena Gregorin**

Well yeah, but at night

19. svibnja 2018 8:21

**Jordan Jimenez**

Are you planning on sleeping more?

19. svibnja 2018 8:20

**Irena Gregorin**

I know baby❤

19. svibnja 2018 8:20

**Jordan Jimenez**

I know I'm just saying

19. svibnja 2018 8:20



Irena | Početna

Well I told you babe

19. svibnja 2018 8:20

**Jordan Jimenez**

I want to know all that you feel my love

19. svibnja 2018 8:19

**Irena Gregorin**

About?

19. svibnja 2018 8:19

**Jordan Jimenez**

Tell me about

19. svibnja 2018 8:19

**Irena Gregorin**

Lol

19. svibnja 2018 8:19

**Irena Gregorin**

But physically

19. svibnja 2018 8:19

**Jordan Jimenez**

Okay babe

19. svibnja 2018 8:19

**Irena Gregorin**

Yeah

19. svibnja 2018 8:19

You sure

19. svibnja 2018 8:19

**Irena Gregorin**

Not really, im ok mentally

19. svibnja 2018 8:18

**Jordan Jimenez**

Is there anything else on your mind you wanna talk about?

19. svibnja 2018 8:18

**Irena Gregorin**

No way lol

19. svibnja 2018 8:18

**Irena Gregorin**

Thanks you

19. svibnja 2018 8:17

**Jordan Jimenez**

Unless you tell me to lol

19. svibnja 2018 8:17

**Irena Gregorin**

I know baby    ♥

19. svibnja 2018 8:17

**Jordan Jimenez**

Will never leave

19. svibnja 2018 8:17

And I'm here

19. svibnja 2018 8:17

**Jordan Jimenez**

I hear you babe

19. svibnja 2018 8:17

**Irena Gregorin**

Yeah

19. svibnja 2018 8:17

**Jordan Jimenez**

Oh I see

19. svibnja 2018 8:17

**Irena Gregorin**

And dry throat and lost my voice a bit but yah

19. svibnja 2018 8:16

**Irena Gregorin**

runny nose, lack of energy, tiredness, feeling a little bit of a pressure on my head   but i mean it's ok now, i need it if it gets worse

19. svibnja 2018 8:15

**Jordan Jimenez**

Oh

19. svibnja 2018 8:15

**Irena Gregorin**

I got a cold lol

19. svibnja 2018 8:14

You have a headache huh?

19. svibnja 2018 8:14

**Irena Gregorin**

Thanks baby🖤

19. svibnja 2018 8:14

**Irena Gregorin**

I'll probably need it if it gets worse lol

19. svibnja 2018 8:14

**Jordan Jimenez**

I'll protect you

19. svibnja 2018 8:14

**Jordan Jimenez**

I'll take care of you

19. svibnja 2018 8:14

**Jordan Jimenez**

I actually do my love

19. svibnja 2018 8:14

**Irena Gregorin**

U have an aspirin lol

19. svibnja 2018 8:13

**Jordan Jimenez**

Same here

19. svibnja 2018 8:13

 **Irena** | **Početna**

Well I am happy as im spending time with you babe

19. svibnja 2018 8:12

### Jordan Jimenez

Knowing you're happy fills my heart

19. svibnja 2018 8:12

### Irena Gregorin

Same here babygirl🖤

19. svibnja 2018 8:12

### Jordan Jimenez

Seeing you smile is just

19. svibnja 2018 8:12

### Jordan Jimenez

If I can't do that then well

19. svibnja 2018 8:11

### Irena Gregorin

Just reading that... You have succeed mi love

19. svibnja 2018 8:11

### Jordan Jimenez

My job is to make you the happiest woman on the planet

19. svibnja 2018 8:11

### Irena Gregorin

So am I

19. svibnja 2018 8:10

I know baby

19. svibnja 2018 8:10

**Jordan Jimenez**

Well I'm here darling

19. svibnja 2018 8:10

**Irena Gregorin**

I am tired, yes, I'm not stressed out, well not that much lol, but I'll be ok

19. svibnja 2018 8:09

**Jordan Jimenez**

I know your tired and stressed out p

19. svibnja 2018 8:08

**Irena Gregorin**

I never want a break from you or our family

19. svibnja 2018 8:08

**Jordan Jimenez**

Well okay

19. svibnja 2018 8:08

**Irena Gregorin**

no breaks

19. svibnja 2018 8:08

**Irena Gregorin**

No way

19. svibnja 2018 8:08

 **Irena**    **Početna**

No

19. svibnja 2018 8:07

### Jordan Jimenez

I know that Jeremy bugged you a lot today so, if you want, I can give you a break from me and us today

19. svibnja 2018 8:07

### Irena Gregorin

I'm here too baby

19. svibnja 2018 8:06

### Jordan Jimenez

And

19. svibnja 2018 8:06

### Jordan Jimenez

I'm here

19. svibnja 2018 8:06

### Jordan Jimenez

I'm just saying baby

19. svibnja 2018 8:06

### Irena Gregorin

I know baby, I know

19. svibnja 2018 8:06

### Jordan Jimenez

The lack of effort implies lack of love or it's slowly diminishing

19. svibnja 2018 8:05



I know

19. svibnja 2018 8:05

**Jordan Jimenez**

In a relationship it's about effort

19. svibnja 2018 8:05

**Jordan Jimenez**

Cause I put all the effort to make sure I block all those girls that I flirted or they liked me

19. svibnja 2018 8:05

**Irena Gregorin**

I know babe

19. svibnja 2018 8:04

**Jordan Jimenez**

If for some reason I find something again, as in a guy you liked that you said you blocked everywhere again,on any social media's again, and you're saying I forgot, then unfortunately it will be harder for me to believe you because it's a reoccurring thing

19. svibnja 2018 8:04

**Irena Gregorin**

Yes?

19. svibnja 2018 8:00

**Jordan Jimenez**

But just remember one thing tho

19. svibnja 2018 8:00

**Jordan Jimenez**

Of course

19. svibnja 2018 7:59

 **Irena**    **Početna**

But wait for him to wake up lol

19. svibnja 2018 7:59

**Irena Gregorin**

Okay baby🖤

19. svibnja 2018 7:59

**Jordan Jimenez**

I'll talk to him my love

19. svibnja 2018 7:59

**Irena Gregorin**

Or when im sick lol or in PMS

19. svibnja 2018 7:59

**Irena Gregorin**

At least not when I have a stressful week in school or when I didn't get enough sleep

19. svibnja 2018 7:58

**Irena Gregorin**

Just tell him not to bug on a daily basis, but it's ok

19. svibnja 2018 7:57

**Jordan Jimenez**

You sure?

19. svibnja 2018 7:56

**Irena Gregorin**

Nah babe, it's ok

19. svibnja 2018 7:56

I can always tell Jeremy to chill for awhile?

19. svibnja 2018 7:56

**Irena Gregorin**

Yeah

19. svibnja 2018 7:55

**Jordan Jimenez**

I understand babe

19. svibnja 2018 7:55

**Irena Gregorin**

I was born ready

19. svibnja 2018 7:55

**Irena Gregorin**

Babe it was tiring cause it was just the moment after I woke up, and I am ready for what's coming

19. svibnja 2018 7:54

**Jordan Jimenez**

But maybe you're not

19. svibnja 2018 7:54

**Jordan Jimenez**

I am

19. svibnja 2018 7:54

**Jordan Jimenez**

And you said

19. svibnja 2018 7:54

**Jordan Jimenez**

 **Irena**    **Početna**

19. svibnja 2018 7:54

**Irena Gregorin**

Well babe I was just telling him the truth, and I know you do, same here🖤

19. svibnja 2018 7:52

**Jordan Jimenez**

Tbh I agree with him on certain things that don't add up but at the end I still trust you blindly and believe you

19. svibnja 2018 7:52

**Irena Gregorin**

I know babe

19. svibnja 2018 7:51

**Jordan Jimenez**

Well cause we were FaceTiming

19. svibnja 2018 7:51

**Jordan Jimenez**

Thats how Jeremy is and I told you that's how my family will test you

19. svibnja 2018 7:50

**Irena Gregorin**

And u left me open lol

19. svibnja 2018 7:50

**Jordan Jimenez**

Yeah

19. svibnja 2018 7:50

**Jordan Jimenez**

 **Irena**    **Početna**

19. svibnja 2018 7:50

**Irena Gregorin**

Yah babe I wasn't even using snap whole day

19. svibnja 2018 7:49

**Jordan Jimenez**

Lol

19. svibnja 2018 7:49

**Jordan Jimenez**

I didn't even get a good morning snap from you (

19. svibnja 2018 7:49

**Irena Gregorin**

Yeah

19. svibnja 2018 7:49

**Jordan Jimenez**

Oh I see

19. svibnja 2018 7:49

**Irena Gregorin**

Well I dont like the fact that he spent whole morning bugging me lol the first thing I had to do when I woke up was convincing him that I was asleep and I spent whole morning texting him, it was kinda tiring tbh but I mean that's his job so it's ok

19. svibnja 2018 7:48

**Jordan Jimenez**

What do you think about all this ?

19. svibnja 2018 7:47

So how are you?

19. svibnja 2018 7:47

**Irena Gregorin**

Lol

19. svibnja 2018 7:46

**Jordan Jimenez**

I think he fell asleep cause his door is closed

19. svibnja 2018 7:46

**Irena Gregorin**

He hasn't replied yet

19. svibnja 2018 7:46

**Jordan Jimenez**

I see

19. svibnja 2018 7:46

**Irena Gregorin**

Yup

19. svibnja 2018 7:45

**Jordan Jimenez**

That's where It stops?

19. svibnja 2018 7:45

**Jordan Jimenez**



Johnathan
Posljednja aktivnost prije 8...

when you keep leaving open doors to guys you like........so long

Im back

They're gone

Ok, it seems to you... But really, I wasn't keeping anyone available and wasn't hiding anything... Especially not on purpose... I dont keep the doors open to anyone, and I dont like anyone... My doors are locked, the key is burned and the copy of the key will never be made. My doors are open for Jordan and only for Jordan.

Aa

19. svibnja 2018 7:45

**Jordan Jimenez**

19. svibnja 2018 7:44

**Jordan Jimenez**

Hey

19. svibnja 2018 7:44

**Irena Gregorin**

Back

19. svibnja 2018 7:30

**Irena Gregorin**

hey i gtg go feed the dog but I'll be back asap

19. svibnja 2018 7:19

**Irena Gregorin**

Yeah it did

19. svibnja 2018 7:19

**Irena Gregorin**

did it all send?

19. svibnja 2018 7:18

**Jordan Jimenez**

I'm gonna start reading what Jeremy said

19. svibnja 2018 7:18

**Jordan Jimenez**

Okay

19. svibnja 2018 7:18

**Irena Gregorin**


**Jordan Jimenez**

Well only if you want me to and you're comfortable with it

19. svibnja 2018 7:17

**Irena Gregorin**

Why not, she said she wants a relationship like ours

19. svibnja 2018 7:17

**Jordan Jimenez**

Should I accept and request her back or?

19. svibnja 2018 7:16

**Irena Gregorin**



Johnathan
Posljednja aktivnost prije 8…

Cause my phone died.🙈

Sure

Only you believe that

You where out one hour

Probably more interested why everybody was durranded Renato

While we were trying to tell you about K

And you drinking with Renato

You can charge your cell in. The caffe

So please

Aa



**Johnathan**
Posljednja aktivnost prije 8...

So please

Cmon

It doesn't add up

Lol i was out and texting my mom trough SMS, she was telling me we gotta be home by 11, talking about J with Li Sha, i was there, yes, I asked Magdalena what was happening and she didn't know so I was like Oh well... Yes, I was there but just cause im the coordinator of the students. I was drinking. Pepsi. Bri, I dont drink ok? Yes, renato was there and everyone was around him, except for Li Sha, Karla, Laura, Magdalena and me. I was with them. Drinking pepsi.

Aa





## Johnathan
Posljednja aktivnost prije 8…

But your real reason was Renat

Don't give me I'm responsible for them dtuff

Stufg

You should have been home

Charging

And looking for K

But not Renato was more important

Even your mom said to J ..I'm on my way

You can be sitting litle away but you don't full me



Irena    Početna

Johnathan
Posljednja aktivnost prije 8…

You can be sitting litle away but you don't full me

Kidfo

You were curious

Otherwise why to ask your friend about it

It just makes msd

Msd

Mad

Now

I was there cause i saw whole group walking to the playground that is in front of the cafe, and as

Aa



## Johnathan
Posljednja aktivnost prije 8...

I was there cause I saw whole group walking to the playground that is in front of the cafe, and as a coordinator, I have to know where is everybody... Idgaf about Renato... They were even calling Li Sha and me to go there cause we were the only ones left in front of the school. I didn't know what was happening with K, I didn't know anything, I was confused, nobody was telling me anything. I was looking for the Polish girls cause they left with some guys from my class and Valentino, I had no idea where they are and im their host, im supposed to know where they are. I wasn't there cause of Renato omg, I dont give a f bout him... I wasn't curios, i was just there with the group. I asked









Irena    Početna

## Johnathan
Posljednja aktivnost prije 8...

Why she sees on him

Whst

He is so stupid

And even so you girls are just crazy for such. A piece of crap

she said she doesn't know why but that she still have feelings for him........I'm like whaaaaaat

???!

Is like having feelings for number2

Of course she sti has feelings for him, they just broke up, but she will loose them soon, it's the







**Johnathan**
Posljednja aktivnost prije 8…

In front of J

?????

I even saw s piv

Pic

Are you kidding me

Do you know how much you hurt J every time you were saying and showin him you stole his sweater again an again?

He told me

Thinking someone is hot doesn't mean you have feelings for them omg... And I thought... In the

Aa



Irena  |  Početna

**Johnathan**
Posljednja aktivnost prije 8…

Thinking someone is hot doesn't mean you have feelings for them omg... And I thought... In the past... But when I closed the doors, he was just a guy, unimportant guy... My eyes were and still are only on Jordan. I wasn't wearing his sweater every day... I was stealing his sweater cause my sweater was at Ana's place and she didn't give it back. Nobody else takes off their sweaters... And really? That was before, I have changed bout that... I know I've made mistakes and im aware of the consequences. It was before, I have learned stuff, why are we talking about it NOW? We already talked about it 100 times... I told

Aa















**Irena** | **Početna**

### Johnathan
Posljednja aktivnost prije 8…

Bye

12:51 PM

It seams to me that at the end when I told you that "until Jordan discovered them" .... you said you have changed „ which implies that you were in fact hiden and keeping them available in purpose .......that demonstrate to me that I cannot trust you..........not for now ... not when you keep leaving open doors to guys you like........so long

Im back

They're gone

Aa



Johnathan
Posljednja aktivnost prije 8…

when you keep leaving open doors to guys you like........so long

Im back

They're gone

Ok, it seems to you... But really, I wasn't keeping anyone available and wasn't hiding anything... Especially not on purpose... I dont keep the doors open to anyone, and I dont like anyone... My doors are locked, the key is burned and the copy of the key will never be made.  My doors are open for Jordan and only for Jordan.

Aa

19. svibnja 2018 7:16

**Irena Gregorin**

19. svibnja 2018 7:16

**Jordan Jimenez**

On insta

19. svibnja 2018 7:16

**Jordan Jimenez**

Alright I just wanted to tell you Li Sha requested me

19. svibnja 2018 7:16

**Irena Gregorin**

It's still sending

19. svibnja 2018 7:16

**Irena Gregorin**



**Johnathan**
Posljednja aktivnost prije 4...

That's doesn't make sence

That would provoke him

Your answers doesn't give me trust

What are you going to do noe

Yeah I know I did. But at that time I was a stupid girl that had a REAL bf for the first time and I was new to all that relationship things. I've learned trough my mistakes... I don't have experience in relationships, and I had to learn some things. And I did learn them

You are to still some other thing only cause his mom uses good soon?????

Aa









**Irena** | **Početna**

### Johnathan
Posljednja aktivnost prije 4...

Thanks for tslking

When he gets back home

Sure

Np

I let you prepare now

I'll text u when they're finally gone

Or even before that

You will sleep at your bed today

Can't wait😄

Sure text me whenever

Aa















Irena  Početna

Johnathan
Posljednja aktivnost prije 7…

She has been sayin good morning and stuff to me

And me and K have been talking s lot

U talked with k about what happened?

Yes

A lot

And?

Wanna see

Sure

Sec













Irena | Početna

**Johnathan**
Posljednja aktivnost prije 8…

him he would already have been in the hospital tbh

I know

I told you

It breaks my heart

Reading

I dunno wushu but I would have done something to him

I mean

She is right there

Watching him

Irena    Početna



### Johnathan
Posljednja aktivnost prije 8...

I dunno wushu but I would have done something to him

I mean

She is right there

Watching him

And he doesn't care

While her heart is slowly falling

Well she knew how he is

But I can't blame her, heart doesn't care bout what the brain say

Stil

Aa





Irena Početna

Johnathan
Posljednja aktivnost prije 8...

She talked to mom yesterday

No body could be blame for loving

And

Well when i got home she was already better but still it was hard

What your mom said

Well I wasn't there, when I got home they already finished talking

Oh

J

Aa





**Johnathan**
Posljednja aktivnost prije 8…

She said that to me

We got worry

Wow

Snd J told your mom

Yah I know

Cause you didn't answer

she told me to check her messenger when I got home

Cause my phone died

Sure

Aa

19. svibnja 2018 7:15

**Irena Gregorin**

19. svibnja 2018 7:15

**Jordan Jimenez**

OkY before I read it

19. svibnja 2018 7:15

**Irena Gregorin**









**Johnathan**
Posljednja aktivnost prije 4...

I was sleeping till now, I passed out while face timing J and woke up just now. How can I be active if I was sleeping? If u want I can prove it that I wasn't talking to anyone, I was tired and exhausted and needed sleep, so I slept whole night long... I have no idea how you guys tested it and how you guys somehow saw that im active cause I WAS SLEEPING. And im not gay ok? Im straight and I did cry for Jordan when he was gone. Just cause I'll never see that one friend that I really got close to ever again and I cried doesn't mean I'm gay, everybody cried. And all the time I was thinking, if its this hard to say goodbye to them, how hard it will be to say



Irena    Početna

**Johnathan**
Posljednja aktivnost prije 4…

…to this hard to say goodbye to them, how hard it will be to say goodbye to Jordan? And that's also one of the reasons I started crying, I was thinking bout how would we say goodbye and I couldn't keep it inside…

I honestly wanna see you not sleeping well and enough for a week, with all the tiring activities and then staying awake whole night cause of someone… I mean I would stay awake for Jordan, at least I'd try, but not for someone I just met, even tho we got really close…

How about Tim

Oh Ifirgot"

Aa





Irena | Početna

Johnathan
Posljednja aktivnost prije 4…

I mean cmon

I just cant

I did forget... I get all these informations, especially this week, and I can't memorize all of them. He sent me a general snap, but a text, it was a pic of him with his guitar, he was promoting his account on this one app like YouNow but different, it wasn't important to me so I forgot about it... Of course I didn't reply and I didn't add him cause IT WOULDN'T BE APPROPRIATE. Even i know that. And I didn't like him cmon... I do not flirt and I do not keep the doors open ok?

Aa



Even I know that. And I didn't like him cmon... I do not flirt and I do not keep the doors open ok? Things with J will work and I don't need a substitute, and I never will...

I know J love you a lot ... and probably he is going against my better judgment

But

You will break his heart

And zI will be there to pick up the pieces

Breaking his heart is not allowed, never was and never will be. Especially not for me. Im not gonna do that. Ever.



Irena    Početna

**Johnathan**
Posljednja aktivnost prije 4…

never was and never will be. Especially not for me. Im not gonna do that. Ever

Wow bri you kinda sound like Alina

I can't pass the fact that you forgot tim

Cause you liked him

I didn't like him and it wasn important to me omg

Too many forgots

Too many coincidence

You have not loose J yet

Aa





**Johnathan**
Posljednja aktivnost prije 4…

but I'll get him back... I know it😏

I'm not important

I know

Omg.... If u weren't important, would I be texting you now?

I'm just don't want to suffer like Johnny

If you weren't important, would I be spending time trying to convince you something? Would I text you right after I woke up? I wouldn't do that if you and your family, especially J weren't important

Aa



Johnathan
Posljednja aktivnost prije 4...

important

You have s point there

a*

But

Well duh... I dont spend time with unimportant people

Me nither

Please no more forgots

Ok

Ok talk to you one day

Bye



Johnathan
Posljednja aktivnost prije 4...

Ok talk to you one day

Bye

Really?

Ur leaving?

For a while kid

It was funn

Bri.... Stop messing around ok? I dunno why you don't trust me, i can guess but really? Im not just gonna let someone who is Jimenez leave... We stay together, dummy (no offense)

Even if you leave id spam you until you get back

