

27. ožujka 2018 20:44

### Irena Gregorin



27. ožujka 2018 20:44

### Irena Gregorin



27. ožujka 2018 20:44

**Irena Gregorin**





27. ožujka 2018 20:44

**Irena Gregorin**



27. ožujka 2018 20:44





27. ožujka 2018 20:44

**Irena Gregorin**



27. ožujka 2018 20:44

**Irena Gregorin**



27. ožujka 2018 20:44



27. ožujka 2018 20:43

## Jordan Jimenez
























27. ožujka 2018 20:41

**Irena Gregorin**



27. ožujka 2018 20:35

**Irena Gregorin**



27. ožujka 2018 20:35

**Irena Gregorin**



27. ožujka 2018 20:35

## Irena Gregorin



27. ožujka 2018 20:35

## Irena Gregorin



27. ožujka 2018 20:34

**Irena Gregorin**

 **Irena**   **Početna**



27. ožujka 2018 20:34

**Irena Gregorin**




27. ožujka 2018 20:34

**Irena Gregorin**



27. ožujka 2018 20:34

**Irena Gregorin**



27. ožujka 2018 20:24

**Irena Gregorin**



27. ožujka 2018 20:22

**Irena Gregorin**



27. ožujka 2018 20:22

**Irena Gregorin**



27. ožujka 2018 20:22

**Irena Gregorin**



27. ožujka 2018 20:22

**Irena Gregorin**



27. ožujka 2018 20:22

**Irena Gregorin**




27. ožujka 2018 20:22



27. ožujka 2018 20:10

**Irena Gregorin**

27. ožujka 2018 20:09

**Irena Gregorin**



27. ožujka 2018 20:09

**Irena Gregorin**

27. ožujka 2018 20:09

**Irena Gregorin**



27. ožujka 2018 20:09

**Irena Gregorin**



27. ožujka 2018 20:09

**Jordan Jimenez**

24. ožujka 2018 15:05

Lol

17. ožujka 2018 7:47

**Jordan Jimenez**

I would have given you a piggyback ride lol

17. ožujka 2018 7:44

**Jordan Jimenez**

Poor baby

17. ožujka 2018 7:43

**Irena Gregorin**

It's raining and my shoes aren't good for walking on rain

17. ožujka 2018 7:43

**Irena Gregorin**

Rain, honey, rain lol

17. ožujka 2018 7:42

**Jordan Jimenez**

Lol

17. ožujka 2018 7:42

**Jordan Jimenez**

How did u wet them?

17. ožujka 2018 7:41

**Irena Gregorin**

Quite alright, I managed to dry my socks and my shoes and my feet

17. ožujka 2018 7:41

Lol glad to hear

17. ožujka 2018 7:41

**Jordan Jimenez**

How bout you?

17. ožujka 2018 7:41

**Jordan Jimenez**

I feel good just waking up from my hibernation

17. ožujka 2018 7:41

**Irena Gregorin**

So how are you

17. ožujka 2018 7:40

**Jordan Jimenez**

Sounds good my love

17. ožujka 2018 7:40

**Irena Gregorin**

Yupp

17. ožujka 2018 7:40

**Jordan Jimenez**

Okay ♡

17. ožujka 2018 7:40

**Irena Gregorin**

I'll go in front of my school as i did on Saturday

17. ožujka 2018 7:39

**Irena Gregorin**

something to call u

17. ožujka 2018 7:39

**Irena Gregorin**

when I leave the meeting actually lol

17. ožujka 2018 7:38

**Jordan Jimenez**

What time is that?

17. ožujka 2018 7:38

**Irena Gregorin**

When I'll be on the meeting

17. ožujka 2018 7:38

**Irena Gregorin**

Today

17. ožujka 2018 7:37

**Jordan Jimenez**

When are we able to call?

17. ožujka 2018 7:37

**Jordan Jimenez**

Btw

17. ožujka 2018 7:37

**Irena Gregorin**

Glad to hear☺

17. ožujka 2018 7:37

**Jordan Jimenez**

17. ožujka 2018 7:36

**Irena Gregorin**

How was your sleep

17. ožujka 2018 7:36

**Jordan Jimenez**

Morning darling ☺

17. ožujka 2018 7:36

**Irena Gregorin**

Good morning

17. ožujka 2018 7:35

**Jordan Jimenez**

I just woke up

17. ožujka 2018 7:35

**Irena Gregorin**

I dunno

17. ožujka 2018 7:35

**Jordan Jimenez**

How long?

17. ožujka 2018 7:33

**Irena Gregorin**

lol if u send me a snap when u wake up i wont be able to see it as Andrej took my phone and he's catching pokemon for me and im at my mom's work

17. ožujka 2018 7:31

**Jordan Jimenez**



14. ožujka 2018 19:02

**Irena Gregorin**

Lol I'm not gonna dance, I'm gonna play

12. ožujka 2018 15:21

**Jordan Jimenez**

..

12. ožujka 2018 12:33

**Jordan Jimenez**

You'll *

12. ožujka 2018 12:33

**Jordan Jimenez**

I'm sure look amazing dancing ☺

12. ožujka 2018 12:33

**Irena Gregorin**

This is what we'll do for the competition, but we're gonna do it faster than they do it and we're gonna do few more songs and dances

11. ožujka 2018 8:13

**Irena Gregorin**



11. ožujka 2018 8:12

**Irena Gregorin**

11. ožujka 2018 8:11

**Irena Gregorin**

11. ožujka 2018 8:11

### Jordan Jimenez

0:00 / 0:00

10. ožujka 2018 20:08

### Irena Gregorin

Kay kay

25. veljače 2018 11:18

### Jordan Jimenez

SnapChat but whatever you want☺☺

25. veljače 2018 11:16

### Irena Gregorin

Wait, we gonna communicate on messenger or Snapchat lol

25. veljače 2018 11:13

### Irena Gregorin

.. ..

25. veljače 2018 11:12

### Jordan Jimenez

25. veljače 2018 11:12

**Irena Gregorin**

Ur typos r cute lol

25. veljače 2018 11:11

**Jordan Jimenez**

My typos

25. veljače 2018 11:10

**Irena Gregorin**

Yeah, I noticed

25. veljače 2018 11:10

**Jordan Jimenez**

But yeah 👌

25. veljače 2018 11:09

**Jordan Jimenez**

Of* not or lol

25. veljače 2018 11:09

**Irena Gregorin**

I know ☺

25. veljače 2018 11:07

**Jordan Jimenez**

☺

25. veljače 2018 11:06

**Jordan Jimenez**

### Irena Gregorin

Yup, I know

25. veljače 2018 11:04

### Jordan Jimenez



25. veljače 2018 11:01

### Jordan Jimenez

But it's something productive and good

25. veljače 2018 11:01

### Irena Gregorin


### Irena Gregorin

Oh lol

25. veljače 2018 10:32

### Jordan Jimenez

It means your skills are getting better very quickly ☺

25. veljače 2018 10:32

### Irena Gregorin

Ummmmm... What does that mean

25. veljače 2018 10:31

### Jordan Jimenez

Really fast

25. veljače 2018 10:31

### Jordan Jimenez

You're really advancing

25. veljače 2018 10:31

### Irena Gregorin

Thanks

25. veljače 2018 10:29

### Jordan Jimenez

Oh that's so cool I'm proud of you

25. veljače 2018 10:29

### Irena Gregorin

Hallelujah by Jeff Buckley

**Irena Gregorin**

Thanks

25. veljače 2018 10:28

**Jordan Jimenez**

What song is it?

25. veljače 2018 10:27

**Jordan Jimenez**

Sounds amazing 👌

25. veljače 2018 10:27

**Jordan Jimenez**





**Irena Gregorin**

Kinda messed it up at the end lol

| ▶ | 0:00 / 0:00 ──────────── | 🔊 |

25. veljače 2018 10:26

**Irena Gregorin**

27. siječnja 2018 17:41

**Irena Gregorin**

27. siječnja 2018 17:41

**Irena Gregorin**

27. siječnja 2018 17:41

**Jordan Jimenez**

Povezani ste na Messengeru.

26. prosinca 2017 11:58

Generira Irena Gregorin Srijeda, 29. kolovoza 2018. u 15:09 EDT