# Department of Homeland Security
U.S. Citizenship and Immigration Services
U.S. Department of Justice
Executive Office for Immigration Review

**I-589, Application for Asylum and for Withholding of Removal**

OMB No. 1615-0067 Expires 10/31/2018

START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.

NOTE: [X] Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) (if any) | 2. U.S. Social Security Number (if any) | 3. USCIS Online Account Number (if any) |
|---|---|---|

| 4. Complete Last Name | 5. First Name | 6. Middle Name |
|---|---|---|
| G▮▮▮ | ▮▮▮ | |

**7. What other names have you used** (include maiden name and aliases)?

**8. Residence in the U.S.** (where you physically reside)

| Street Number and Name | Apt. Number |
|---|---|
| ▮▮ sweetspire drive | |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| Trinity | Florida | 3465 | (727) 3598587 |

**9. Mailing Address in the U.S.** (if different than the address in Item Number 8)

| In Care Of (if applicable): | Telephone Number |
|---|---|
| Roberto Jimenez | (727) 3598587 |

| Street Number and Name | Apt. Number |
|---|---|
| ▮▮ sweetspire drive | |

| City | State | Zip Code |
|---|---|---|
| Trinity | Florida | 3465 |

**10. Gender:** [ ] Male [X] Female  **11. Marital Status:** [X] Single [ ] Married [ ] Divorced [ ] Widowed

| 12. Date of Birth (mm/dd/yyyy) | 13. City and Country of Birth |
|---|---|
| ▮▮ 2003 | |

| 14. Present Nationality (Citizenship) | 15. Nationality at Birth | 16. Race, Ethnic, or Tribal Group | 17. Religion |
|---|---|---|---|
| croatian | croatian | white | catholic |

**18.** Check the box, a through c, that applies:
a. [X] I have never been in Immigration Court proceedings.
b. [ ] I am now in Immigration Court proceedings.
c. [ ] I am not now in Immigration Court proceedings, but I have been in the past.

**19.** Complete 19 a through c.
a. When did you last leave your country? (mm/dd/yyyy) 07/23/2018  b. What is your current I-94 Number, if any?
c. List each entry into the U.S. beginning with your most recent entry. List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)

| Date: 07/23/2018 | Place: Detroit | Status: B2 visa | Date Status Expires: 01/22/2019 |
| Date: | Place: | Status: | |
| Date: | Place: | Status: | |

| 20. What country issued your last passport or travel document? | 21. Passport Number: ▮▮▮▮▮ | 22. Expiration Date (mm/dd/yyyy) |
|---|---|---|
| Croatia | Travel Document Number: | 07/05/2023 |

| 23. What is your native language (include dialect, if applicable)? | 24. Are you fluent in English? | 25. What other languages do you speak fluently? |
|---|---|---|
| croatian | [X] Yes [ ] No | serbian, bosnian |

| For EOIR use only. | For USCIS use only. | Action: Interview Date: ___ Asylum Officer ID No.: ___ | Decision: Approval Date: ___ Denial Date: ___ Referral Date: ___ |
|---|---|---|---|

Form I-589 (Rev. 05/16/17) N

## D. Your Signature

I am applying for asylum, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact – shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

Staple your photograph here or the photograph of the family member to be included on the extra copy of the application submitted for that person.

**WARNING:** Applicants who are in the United States unlawfully are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.16, 208.20, 1003.47(d), and 1208.20.

| Print your complete name | Write your name in your native alphabet |
|---|---|
| G███ | ███ |

Did your spouse, parent, or child(ren) assist you in completing this application?  [X] No   [ ] Yes (If "Yes," list the name and relationship.)

_____
(Name)          (Relationship)          (Name)          (Relationship)

Did someone other than your spouse, parent, or child(ren) prepare this application?   [X] No   [ ] Yes (If "Yes," complete Part E.)

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?   [X] No   [ ] Yes

Signature of Applicant (The person in Part A.I.)

➡ [  *G███*  ]

Sign your name so it all appears within the brackets

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
|  |  |

| Daytime Telephone Number ( ) | Address of Preparer: Street Number and Name |
|---|---|
|  |  |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
|  |  |  |  |

| To be completed by an attorney or accredited representative (if any). | [ ] Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|
|  |  |  |  |



