UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No.: 8:20-CR-292-VMC-CPT

**JORDAN JYSAE PULIDO**
_____ /

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that **JORDAN JYSAE PULIDO**, Defendant above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in the above referenced case entered in this action on February 23, 2022.

DATED this 3rd day of March 2022.

Respectfully submitted,

A. FITZGERALD HALL, ESQUIRE
FEDERAL DEFENDER

*/s/ Samuel Landes*
Samuel Landes, Esq.
Assistant Federal Defender
D.C. Bar No. 1552625
400 North Tampa Street, Suite 2700
Tampa, FL. 33602
Telephone: 813-228-2715
Fax: 813-228-2562
Email: Samuel_Landes@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of March 2022, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Lisa Thelwell, AUSA

                                                */s/ Samuel Landes*
                                                Samuel Landes, Esq.
                                                Assistant Federal Defender